## IN THE UNITED STATES DISTRICT COURT
## SOURTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

FREDRICK LOFTIN RAY,    )
         )
    Plaintiff,      )    Case No. 1:21-cv-00090-JRH-BKE
         )
v.         )
         )
THE UNITED STATES     )
OF AMERICA,       )
         )
    Defendant.     )

## <u>NOTICE OF FILING PLAINTIFF'S EXPERT REPORT</u>

**COMES NOW** Plaintiff, Fredrick Loftin Ray, by and through his undersigned

counsel and as required by Fed. R. Civ. P. 25(a)(2), files the report of his retained

expert, Joyce M. Black, Ph.D., RN, CWCN, FAAN as Exhibit A.  Plaintiff intends

to rely upon the testimony of this retained expert at trial.

Dated this 6th day of December, 2021.

*/s/ J. Nixon Daniel, III*
J. Nixon Daniel, III
jnd@beggslane.com
*Admitted Pro Hac Vice*
David L. McGee
dlm@beggslane.com
*Admitted Pro Hac Vice*
Matthew P. Massey
mpm@beggslane.com
*Admitted Pro Hac Vice*
Beggs & Lane, RLLP

501 Commendencia Street
Pensacola, Florida 32502
Phone: (850) 432-2451
Fax: (850) 469-3331

and

David B. Bell
davidbell@davidbelllawfirm.com
Law Office of David B. Bell
P.O. Box 1011
Augusta, GA 30903
Phone: (706) 722-0222
Fax: (706) 722-2507

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I CERTIFY that this document has been served upon all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

Dated:  December 6, 2021.

*/s/ J. Nixon Daniel, III*
J. Nixon Daniel, III
jnd@beggslane.com
*Admitted Pro Hac Vice*
David L. McGee
dlm@beggslane.com
*Admitted Pro Hac Vice*
Matthew P. Massey
mpm@beggslane.com
*Admitted Pro Hac Vice*
Beggs & Lane, RLLP

501 Commendencia Street
Pensacola, Florida 32502
Phone: (850) 432-2451
Fax: (850) 469-3331

and

David B. Bell
davidbell@davidbelllawfirm.com
Law Office of David B. Bell
P.O. Box 1011
Augusta, GA 30903
Phone: (706) 722-0222
Fax: (706) 722-2507

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## SOURTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

FREDRICK LOFTIN RAY,        )
                               )

       Plaintiff,          )      Case No. 1:21-cv-00090-JRH-BKE
                               )

v.                           )
                               )

THE UNITED STATES      )
OF AMERICA,             )
                               )

       Defendant.       )

## RULE 26 EXPERT REPORT OF
## JOYCE M.  BLACK, PHD, RN, CWCN, FAAN

The following report is provided pursuant to Rule 26 of the Federal Rules of Civil Procedure. The opinions contained in my report are based upon my education, training, experience, discussions with peers, review of the medical literature, and my own medical experience. All of the opinions that I offer in this report I hold to reasonable degree of medical and scientific certainty. My curriculum vitae ("CV") is attached as Exhibit "A," my prior testimony is attached as Exhibit "B" and my reliance materials are attached as Exhibit "C." The materials I have relied on in forming my opinions in this report are included in this report and my reliance list.

### I.    Overview

This report details my opinions of the nursing care provided to Fred "Slim" Ray for a stay at the VA in Augusta, Georgia, beginning November 9, 2018 and

Asheville VA for care on November 16, 2018. These opinions are preliminary; I reserve the right to amend these opinions. I have cited many entries from the electronic record. Some of these entries are highlighted. These highlights were present on the record I received.

## II.    Qualifications

By way of background, I have been a registered nurse for over 40 years, practicing in acute care hospitals in Minnesota and Nebraska. I am currently a Professor of Nursing at the University of Nebraska Medical Center's College of Nursing where I teach specific content on sepsis, spinal cord injury, pressure injury prevention and treatment to undergraduate student nurses and osteomyelitis, wound healing, and sepsis to graduate students. I have been a member of the National Pressure Ulcer/Injury Advisory Panel since 1998; serving many roles including President, Vice-President, and Secretary. I have conducted research in the area of pressure injury prevention in the spinal cord injured patient and I have worked with many spinal cord injured patients with pressure ulcers.

## III.   Materials Relied Upon

I have read the following documents:

- Asheville, North Carolina Charles George VA Medical Center: Oct 28, 1999-December 5, 2018; July 16-August 25, 2020;

- Kindred Home Health: December 5, 2018- June 4, 2019;

- Augusta Georgia VA hospital: June 24, 2019; and,

- Song, S.H., Svircev, J.N, et al. A safe and effective multi-day colonoscopy bowel preparation individuals with spinal cord injury (2018) https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5901450/.

## IV.    Summary of Review

In November 2018, Mr. Fred "Slim" Ray was a 70-year-old white male. He was a paraplegic at the thoracic spine level 10-12, from an accident that occurred during kayaking while serving in the Army Reserves. He also had a history of hypertension, gastroesophageal reflux disease, polyps of the bowel, and neurogenic bladder and bowel due to the paraplegia. Mr. Ray used a formal bowel program with Enemeeze, senna tablets each morning and digital stimulation for daily bowel movements (page 38 Asheville records). He was known to use a hand-held mirror to check his skin each morning (page 184, Asheville records).

On November 9, 2018, Mr. Ray drove his car to the Augusta VA Hospital to undergo a three-day bowel prep for a colonoscopy to follow-up on a concerning polyp. Upon admission, Mr. Ray's skin was intact except for burns on this left wrist and left thigh from a recent accident at home. Despite his paraplegia, Mr. Ray's risk of pressure injury was assessed as at "no risk" using the Braden scale. The scores on the components of the Braden scale indicated that he had slightly limited sensory perception, rarely moist skin, chair fast activity, slightly limited mobility, excellent nutrition, and no apparent problem with friction and shear. *See* scoring form below (Page 281):

```
INTEGUMENTARY
  Braden Scale - For Predicting Pressure Sore Risk
  Sensory Perception:3 = Slightly Limited
  Moisture:          4 = Rarely Moist
  Activity:          2 = Chairfast
  Mobility:          3 = Slightly Limited
  Nutrition:         4 = Excellent
  Friction:          3 = No Apparent Problem
   19-23    No Risk
     Score:  19


SKIN PATCHES
The patient does not have any patches on the skin.
```

The following care plan was initiated by Nurse Prunier for Mr. Ray's risk of

skin breakdown:

```
LOCAL TITLE: NURSING PLAN OF CARE NOTE
STANDARD TITLE: NURSING TREATMENT PLAN NOTE
DATE OF NOTE: NOV 09, 2018@17:50      ENTRY DATE: NOV 09, 2018@17:50:43
    AUTHOR: PRUNIER,JUSTIN S     EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED
INTEGUMENTARY:
  Target Date: Nov 16,2018
  Goals:  Attains/maintains integrity of skin
  Possible Interventions:
    -RN skin assessment every shift and Braden at least once daily.
    -Maintain clean and dry skin.
    -Apply protective barrier ointments/devices as needed.
    -Implement the appropriate Pressure Ulcer Prevention interventions
    based on the Braden subscales (sensory perception, moisture, activity,
    mobility, nutrition, friction).
    -Apply topical medications as ordered.
    -Dressing changes as ordered.
    -Obtain consults (wound/ostomy nurse, surgery, dietary, prosthetics)
    as needed.
    -Place Paw sign outside of door and/or above bed for at-risk patient.
    -Implement turn schedule.
    -Ensure pressure ulcer documented by provider.
```

On November 10, 2018, the nurse documented Mr. Ray could turn himself in

bed and transferred himself. Due to the bowel prep, a Braden score completed on

November 13, 2018, indicated that Mr. Ray was now bedfast and prone to sliding

down in bed. A trapeze was provided for Mr. Ray to reposition himself in bed. The Braden scale shown below is from page 197; it is not summed correctly. The total score should be 15.

```
INTEGUMENTARY
Braden Scale - For Predicting Pressure Sore Risk
Sensory Perception:3 = Slightly Limited
Moisture:          3 = Occasionally Moist
Activity:          1 = Bedfast
Mobility:          3 = Slightly Limited
Nutrition:         3 = Adequate
Friction:          2 = Potential Problem
  13-14   Moderate Risk
    Score:  13
```

Bowel prep ordered for Mr. Ray would have required that he transfer often from bed to a commode to empty his bowels. As the bowel prep progresses, the need to reach a toilet becomes more intense with less warning. Except for Mr. Ray, there would have never been "warning" and he was likely placed on the commode for the entire time or on a bed pan. Mr. Ray underwent his colonoscopy on November 13, 2018, but the prep was not adequate for visualization of the colon, and he needed to repeat the prep. This second prep, which was bisacodyl, Go-lytely, Magnesium citrate and a tap water enema would have created more frank expulsion of water because the colon was largely empty from the previous prep (Augusta VA, page 213). The notes indicate that Mr. Ray had no "bowel accidents today" and that he was expelling large amounts of liquid stool (Augusta VA, page 187). The only method to keep Mr. Ray from having an accidental expulsion of stool would have

been to place him on a bedpan; an incontinence pad could not contain that volume of liquid.

```
  LOCAL TITLE: SCI-BOWEL CARE DAILY NOTE
STANDARD TITLE: SPINAL CORD INJURY E & M NOTE
DATE OF NOTE: NOV 14, 2018@03:49      ENTRY DATE: NOV 14, 2018@03:49:15
      AUTHOR: HUTCHINS,HENRIETTA   EXP COSIGNER:
      URGENCY:                           STATUS: COMPLETED

                        BOWEL CARE DAILY NOTE

Bowel Care performed by: Staff

ACCIDENTS TODAY: 0

COLOR, CONSISTENCY, AND AMOUNT OF STOOL AVERAGE THIS WEEK:

Color:  clear
Consistency: Liquid
Amount: Extra large
Comments:

FREQUENCY OF BOWEL CARE/TIME OF DAY: QDaily, Evening
Comments: TWE was done this evening.


TIME OF BOWEL CARE: 2 Hours  30 Minutes

METHOD OF BOWEL CARE: Digital stimulation
Comments: TWE done this evening.
```

The risk of complications during colonoscopy prep in persons with spinal cord injury was addressed in an article by Song and colleagues in 2018.  Several possible complications were noted as stemming from the prep needed including higher rates of autonomic dysreflexia, frequent episodes of fecal incontinence, and prolonged commode sitting, which increase the risk of skin-related complications. This medical

record shows no awareness by the staff at the Augusta VA of these issues in Mr. Ray.

On November 14, 2018, 5 days after admission, Mr. Ray underwent his colonoscopy. Five tissue specimens were collected. No skin abnormalities were identified by the staff conducting the colonoscopy; Mr. Ray was positioned in a lateral position, so any skin wounds would have been apparent (Augusta VA, page 172).  It was noted that Mr. Ray continued to have no skin impairments (Augusta VA, page 185).

Mr. Ray was discharged from Augusta VA on November 15, 2018. An annual assessment of his spinal cord injury status was completed before he drove home from the hospital. His skin was noted to be intact (August page 291). On November 16, 2018, Mr. Ray called the VA hospital in Asheville concerning a friction/shearing on his buttocks (Asheville VA, page 177). Mr. Ray described the wounds as "scabbed over." The plan was for him to be assessed at his next visit in 4 days:

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 11/16/2018 @ 2:22:41 PM
Ending at: 11/16/2018 @ 2:24:59 PM
Length: 2 minutes.

Class Code: Other specified counseling.

Comments:
Wound

Nurse Notes:
Received call from patient, states he just finished his colonoscopy in Augusta
and now has some friction shearing on his bilateral buttocks, states areas have
scabbed over. Patient is due for SCI/D f/u visit 11/20/18 will assess at that
time.


/es/ MARY LITTLE
RN, BSN
Signed: 11/16/2018 14:25


Mr. Ray attended his spinal cord injury clinic appointment on November 20,

2018, 11 days after admission for his colonoscopy prep and 4 days after he noted

the wounds. Four wounds were present, 2 on each ischial tuberosity. The ischial

tuberosity (IT) is the bone at the bottom of the pelvis, where pressure in applied in

a seated person. In the artwork below, number 6 indicates the location on the body

of the ischia:

# Surface Anatomy of the Buttocks



1. Sacrum
2. Coccyx
3. Posterior Iliac Crest
4. Trochanter
5. Gluteal Region
6. Ischium
7. Posterior Thigh
8. Gluteal Cleft
9. Perineal Area

**Berke/Morris 2015 ©**

Each pressure ulcer was labeled a stage 3 pressure injury, which is a full thickness wound with no skin left. The wounds were clean at this time and Mepilex, a foam dressing was ordered. In addition, air was added to his RoHo cushion, which was used in his wheelchair (Asheville VA, 173). The fact that he declined a hospital bed is no issue in this case, ischial wounds are not worsened at bedrest.

Skin: Per patient wounds appeared last week upon returning from Annual in
Augusta.

1. Left Ischium wounds x 2 stage 3 with friction component
-lateral wound 1cm x 3cm surface level (oval shape)
-Medial wound 0.5cm x 1cm surface level (oval shape)
wound bed for both are clean, no s/s of infection, no drainage noted, no warmth,
or redness noted in surrounding skin

2. Right Ischium wounds x 2 stage 3 with friction component
-Lateral wound 2.5cm x 1cm surface level (oval shape)
wound bed clean dry, without s/s of infection, no drainage, no warmth, or
redness in surrounding skin.

-Medial wound 3cm x 2cm surface level (overall wound), widest point distal 1.5cm
x 2cm, smallest point .5cm x.8 cm.  (irregular shape)
wound bed overall clean distal portion of wound with tan/brown center 0.5cm x
0.8cm.

3. Left inner thigh Burns
-upper wound 1-2cm x 4cm very irregular in shape
-lower wound 1cm x 1cm
wound bed with yellow stringy covering.
- treatment per Augusta SCI/D Center Silv cream covered with 2x gauze.


Discussed wound care treatment with Dr Batizy
-Mepilex dressing MWF to bilateral wounds patient will pick up today
-Reinforced pressure relief measures including transfers to reduce friction
-Discussed pressure reliving mattress from home patient declines at this time.
-OT in to assess Roho WC cushion, air adjusted.
-Continue treatment for thigh burns as directed by Augusta.
-RTC Nurse clinic to assess wound 12/14/18 @ 1430

By December 1, 2018, 3 of the 4 pressure injuries had healed, but one was

an abscess and required debridement:

He was admitted 12/01/18 as due to infected abcess of gluteal wound and fever

He was seen in SCI Clinic 11/20/18 and at that time his 4 new gluteal pressure wounds which looked non infected with no sign of abscess or necrosis.   Mepilex given and advised to to be aggessive with pressure relief. All the wound healed except one which formed an abscess as apparently had a hidden ulcer underneath.

Patient on abx and had surgical debridement yesterday and now has wound vac.

Has regular queen bed with regular mattresses at home. IN past he has declined option of having a hospital bed and pressure redistribution mattress. He would  need that this time likely.

He wanted padded commode seat but that had to be brougth from home as not stocked for inpatients.

Mary Little nurse saw patient yesterday and orchestrated ensuring his bowel and bladder needs/suppies are able to be met while here as inpatient.

The wound care team described the pressure ulcer following debridement as 1 cm round with a depth of 5 cm and tracking within the wound. (Asheville VA, 98):

Skin: there is a 1 cm defect in the right buttock - there is some serosanguinous drainage from this wound which is without odor; there is some surrounding ertyhema and induration which is not woody or necrotic in appearance; the wound was probed and has a depth of 5cm with tracking in the 8 o'clock and 3 o'clock regions to 6cm and circumferentially ranging from 2cm-5cm.  There is a palpable defect which does produce some air on palpation, but no frank crepitus; bone is covered in wound

A comprehensive wound assessment was completed on December 5, 2018. The Wound Care Nurse classified the right ischial pressure injury as a stage 4 with Methicillin Resistant Staphylococcus Aureus (MRSA) in the wound. It measured 4.0 x 1.5 x 4.8 cm. A negative pressure wound therapy was in place to assist in closing the wound. Mr. Ray's left ischial pressure injury was now unstageable and 1.4 x 0.6cm with slough covering the wound. This wound was treated with Mepilex border gauze on Tuesdays and Fridays.  Mr. Ray agreed to change positions in his chair

every 30 minutes, so he was not bedbound. Mr. Ray was discharged from the Ashville VA the following day, December 6, 2018 with home health care to provide wound care because of the need for the negative pressure device. The first home health care note was 5 days later, on December 11, 2018.

On January 9, 2019, Mr. Ray was seen in the Augusta Spinal Cord Clinic and was requesting an Easy Stand to assist with standing up so he can offload his buttocks and ischia to promote healing. Of note, Mr. Ray was asking for this; the clinic was not offering it. During that visit, Dr. Priebe noted Mr. Ray's wound would need surgical closure at the Spinal Cord Injury Center, not in the community. Dr. Priebe also noted a comprehensive plan for Mr. Ray's flap surgery, including the need for prolonged rehab and the need for progressive therapy.

Over the following 3 months, Mr. Ray continued to see the Spinal Cord team for wound care, and by April, the right ischial wound had not healed, and he had additional pressure injuries develop on his left ischium. Dr. Melnychuk and the team were determined to do all things necessary to get a surgical repair of the wound with a flap. This included multiple attempts with negative pressure wound therapy, home health care, multiple debridements, optimizing his nutrition, and care managing to ensure he would receive the rehabilitation he needed. Mr. Ray did note to the staff that he was not interested in going to Augusta for his flap, as they "added insult to injury by suggesting it was my fault" (Asheville VA, 12).

## V.      Expert Opinions

My opinions of the care provided to Mr. Fred "Slim" Ray by the staff of Augusta VA are as follows. Each opinion is made with a reasonable degree of certainty; however, I reserve the right to amend these opinions.

### A. Failure to accurately appraise the risk of pressure injury

The standard of care is to correctly assess and appraise each patient's risk of developing a pressure injury. This assessment is done with an evidence-based practice tool, often the Braden scale. The Braden scale was developed for patients with spinal cord injuries, such as Mr. Ray. The Braden Scale contains six components of risk: sensory perception, moisture, activity, mobility, nutrition, and friction (see below).

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

Patient's Name _____     Evaluator's Name _____     Date of Assessment

| SENSORY PERCEPTION<br>ability to respond meaning-fully to pressure-related discomfort | 1. Completely Limited<br>Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of con-sciousness or sedation.<br>OR<br>limited ability to feel pain over most of body | 2. Very Limited<br>Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness<br>OR<br>has a sensory impairment which limits the ability to feel pain or discomfort over ½ of body. | 3. Slightly Limited<br>Responds to verbal com-mands, but cannot always communicate discomfort or the need to be turned.<br>OR<br>has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities. | 4. No Impairment<br>Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort.. | | | | |
|---|---|---|---|---|---|---|---|---|
| MOISTURE<br>degree to which skin is exposed to moisture | 1. Constantly Moist<br>Skin is kept moist almost constantly by perspiration, urine, etc. Dampness is detected every time patient is moved or turned. | 2. Very Moist<br>Skin is often, but not always moist. Linen must be changed at least once a shift. | 3. Occasionally Moist:<br>Skin is occasionally moist, requiring an extra linen change approximately once a day. | 4. Rarely Moist<br>Skin is usually dry, linen only requires changing at routine intervals. | | | | |
| ACTIVITY<br>degree of physical activity | 1. Bedfast<br>Confined to bed. | 2. Chairfast<br>Ability to walk severely limited or non-existent. Cannot bear own weight and/or must be assisted into chair or wheelchair. | 3. Walks Occasionally<br>Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of each shift in bed or chair | 4. Walks Frequently<br>Walks outside room at least twice a day and inside room at least once every two hours during waking hours | | | | |
| MOBILITY<br>ability to change and control body position | 1. Completely Immobile<br>Does not make even slight changes in body or extremity position without assistance | 2. Very Limited<br>Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | 3. Slightly Limited<br>Makes frequent though slight changes in body or extremity position independently. | 4. No Limitation<br>Makes major and frequent changes in position without assistance. | | | | |
| NUTRITION<br>usual food intake pattern | 1. Very Poor<br>Never eats a complete meal. Rarely eats more than ⅓ of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement<br>OR<br>is NPO and/or maintained on clear liquids or IV's for more than 5 days. | 2. Probably Inadequate<br>Rarely eats a complete meal and generally eats only about ½ of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement.<br>OR<br>receives less than optimum amount of liquid diet or tube feeding | 3. Adequate<br>Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products per day. Occasionally will refuse a meal, but will usually take a supplement when offered<br>OR<br>is on a tube feeding or TPN regimen which probably meets most of nutritional needs | 4. Excellent<br>Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplementation. | | | | |
| FRICTION & SHEAR | 1. Problem<br>Requires moderate to maximum assistance in moving. Complete lifting without sliding against sheets is impossible. Frequently slides down in bed or chair, requiring frequent repositioning with maximum assistance. Spasticity, contractures or agitation leads to almost constant friction | 2. Potential Problem<br>Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheets, chair, restraints or other devices. Maintains relatively good position in chair or bed most of the time but occasionally slides down. | 3. No Apparent Problem<br>Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair. | | | | | |

© Copyright Barbara Braden and Nancy Bergstrom, 1988   All rights reserved

Total Score

The nurse at Augusta VA identified Mr. Ray as having slightly limited sensory perception, rarely moist skin, chair fast activity, slightly limited mobility, excellent nutrition, and no apparent problem with friction and shear. This assessment was completed knowing Mr. Ray is a paraplegic who has no sensation or independent movement of his lower body. The accurate appraisal of Mr. Ray would be sensory perception: 2, as Mr. Ray has no sensation over half of his body, as specifically indicated. His moisture score would be occasionally moist, as he is undergoing a bowel prep for a colonoscopy and has a high risk of fecal incontinence. The nurse

was correct with chairfast, as Mr. Ray could not do more than get into a chair. Most patients are not excellent in nutrition, especially when undergoing a bowel prep, as nutrition dense foods delay the success of the prep. This would place Mr. Ray at a score of 1-2 for nutrition, while undergoing his bowel prep. As for friction and shear, Mr. Ray would be a 2, as his paralyses lets him slide down in bed.

Computed risk using the Braden scale, is more than a paper and pencil assignment. This risk assessment is used to develop the individualized care plan for Mr. Ray. It is crucial this assessment is done correctly and accurately to avoid unnecessary pressure injury development. The initial assessment was incorrect, later assessments were more accurate. However, the major change in condition was the placement on a bedpan or commode for his bowel prep. Both the bedpan and in the commode are hard surfaces which quickly increase pressure and lead to deep damage in the tissues. While Mr. Ray was at Asheville, he asked for a padded commode seat and was told they are not stocked for inpatients (Asheville VA, page 25). I do not know if the same thing was true at Augusta VA, but if true and he sat on the commode, this event could have easily led to the ischial pressure injuries.

**B. Failure to use safe interventions to mitigate risk for pressure injury**

The standard of care is to use the subscales of the Braden scale to identify what areas are putting the person at risk of developing a pressure injury and then implement safe interventions to reduce the risk. The careplan developed during Mr.

Ray's stay in the VA event identified this as a standard of care: "Implement the appropriate Pressure Ulcer Prevention interventions based on the Braden subscales". However, this was not done. There is no mention of a better support surface and a padded commode, which could have been discussed and implemented.

Additionally, my opinion is that Mr. Ray was using a bedpan or had prolonged commode sitting for the first and second bowel prep. I believe he no longer had the strength or ability to transfer on his own and due to urgency of the bowel response, he could not wait for a two person assist lift to transfer him to the commode. Because he does not have sensation of a full bowel, he was at risk for autonomic dysreflexia, commonly presenting as headache. There are no notes that he developed this response with a full bowel, so it most likely that he was completely incontinent of the prep solution and just sat on the bedpan or commode.  The nurses should have recognized this risk and either padded the bedpan or removed it.

The Spinal Cord team evaluated him while he was hospitalized but was unable to assess his skin. Skin assessment is a crucial part of the assessment of a spinal cord injured person, as they are unable to determine or detect injuries on the paralyzed body parts. While I can appreciate his refusal to be examined during a bowel prep, the spinal cord injury team made no attempt to re-evaluate his skin prior to discharge.

**C. Failure to prevent an avoidable pressure injury**

The standard of care is to prevent pressure injuries to patients. Mr. Ray was at a significant risk of a pressure injury in part because of his paralysis and in part from his unique need to clean his bowels. Paraplegic and quadriplegic patients are at the highest risk of pressure injuries due to prolonged periods of sitting, lack of mobility, and inability to automatically shift positions and feel pressure on the skin. Even without conducting a formal assessment, a reasonable nurse would have identified Mr. Ray as being at risk of a pressure injury.

Mr. Ray was at higher-than-normal risk also, due to his bowel prep. Bowel prep for a colonoscopy requires a complete evacuation of the large intestine, done with medications to stimulate bowel movements. As a paraplegic, Mr. Ray has a neurogenic bowel, which means he cannot feel when he needs to defecate and needs assistance to do so. This can lead to bowel incontinence, which increases the moisture and breakdown of the skin.

**D. Failure to identify a pressure injury prior to discharge**

The standard of care in acute care is to assess the skin each shift. Mr. Ray noted a new skin breakdown the day after discharge, likely when he was using his hand-held mirror to examine his own skin. I do not believe this shearing wound was acquired post-discharge, as Mr. Ray had driven himself to the hospital and no wound occurred from that drive, had a significant history of assessing his skin every morning using his hand-held mirror and his wheelchair was padded and he used

pressure relief "automatically" with intact skin for years. So when the entire story is considered, Mr. Ray had kept his skin intact for years and only when hospitalized for a bowel prep did his skin ulcerate. It is my opinion that this wound developed while he was hospitalized and the nursing staff never assessed it, despite their own careplan of skin assessments each shift. Not recognizing this new skin breakdown led to a delay in treatment, which contributed to the wound's decline.

### E. Failure to assess a new skin breakdown timely

The standard of care is to assess new skin breakdown promptly. This intervention is designed to reduce the risk of further decline, optimize the body to heal the wound, and improve the environment in which the wound occurred, such as reducing pressure or friction. When Mr. Ray called the spinal cord clinic on Friday, November 16, 2018, stating he had friction shearing on his buttocks and the areas have scabbed over, this should have prompted an immediate appointment for him to be seen and evaluated. The presentation over his wound on November 16, 2018, was concerning for deep tissue pressure injury due to its sudden appearance. Further, ischial pressure ulcers tend to be full thickness with significant tissue loss deep inside the wound.  Instead, Mr. Ray was informed to keep his appointment in 4 days, Tuesday November 20, 2018, for it to be evaluated then.

Based upon this recommendation, it is my belief that the staff of the spinal cord injury team are unaware of deep tissue pressure injuries and the risk of wound

infection in wounds with no topical treatment in place. There is also nothing noted in this note from Nurse Little asking a provider for opinions on seeing Mr. Ray quicker than in four days and did not provide him education to seek emergency care over the weekend if the wound worsened.

## VI.   Conclusion

In summary, due to the failure to meet the standard of care for pressure injury risk assessment, interventions to reduce risk by the Augusta VA staff and prompt assessment of new wounds by the Asheville staff, Mr Ray developed full thickness ischial pressure injuries. The ulcers became infected, required debridements, negative pressure systems and home health care and eventually a flap to repair the wounds.

I have no vested interest in the outcome of this case. I have served as an expert since 1993 including Federal cases. I have attached by CV and a Rule 26 case list. I charge $500/hr to review records and write reports. I have spent 7 hours on this case to date.

I hold these opinons to a reasonable degree of medical certainty and scientific certainty.  I reserve the right to supplement this report as if and when additional reliance materials become avaliable to me.

Dated: December 2, 2021

_____
**JOYCE M.  BLACK, PHD, RN, CWCN, FAAN**

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that this document has been served via e-mail on December 6 2021, to all counsel of record in this action.

*/s/ J. Nixon Daniel, III*

J. Nixon Daniel, III
jnd@beggslane.com
*Admitted Pro Hac Vice*
David L. McGee
dlm@beggslane.com
*Admitted Pro Hac Vice*
Matthew P. Massey
mpm@beggslane.com
*Admitted Pro Hac Vice*
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Phone: (850) 432-2451
Fax: (850) 469-3331

and

David B. Bell
davidbell@davidbelllawfirm.com
Law Office of David B. Bell
P.O. Box 1011
Augusta, GA 30903
Phone: (706) 722-0222
Fax: (706) 722-2507

*Counsel for Plaintiff*

# EXHIBIT A

Black, Joyce, 03/27/2021 –1

UNIVERSITY OF NEBRASKA MEDICAL CENTER
COLLEGE OF NURSING
CURRICULUM VITAE

**Joyce Black, PhD, RN, CWCN, FAAN**
University of Nebraska Medical Center, College of Nursing
Omaha Division
985330 Nebraska Medical Center
Omaha, NE 68198-5330
Office phone # 402-559-6573
E-mail address jblack@unmc.edu

**EDUCATION**

| Month/Year | Degree | Focus | Institution |
|---|---|---|---|
| Dec 1999 | PhD | Nursing | UNMC, College of Nursing Omaha, NE |
| May 1981 | MSN | Medical Surgical CNS Nursing Education | UNMC, College of Nursing Omaha, NE |
| Aug 1978 | BSN | Nursing | Winona State University Winona, MN |
| June 1972 | AD | Nursing | Rochester Community College Rochester, MN |

**CONTINUING EDUCATION TRAINING**

| Month/Year | CEU's | Title of conference, sponsor, location |
|---|---|---|
| February 2020 | 12.75 hrs | NPIAP 2020 Annual Conference, Houston TX |
| March 2019 | 6 hrs | Test Item Writing and Evaluation, Omaha, NE |
| March 2019 | 12 hrs | Connecting Science to Practice, NPUAP, St Louis MO |
| March 2019 | 1.0 hr | Engaging Students and faculty using Zoom/Distance Learning, Sigma, Gamma Pi, Omaha NE |
| May 2018 | 1 hr | Support surface standards initiative, NPUAP Webinar |
| March 2018 | 11.5 hrs | NPUAP 2018 Conference: Where Research meets Practice. Las Vegas NV |
| February 2018 | 1 hr | Sigma Theta Tau Winter Program, Omaha NE |
| January 2018 | 2 hrs | Research to Practice – Evidence Based Strategies for Active Learning, Omaha NE |
| December 2017 | 1hr | Active Learning Techniques—An Elsevier Education Event, Webinar |
| October 2017 | 6 hrs | Idaho PUPC 11th Annual Conference, Boise ID |
| October 2017 | 2.25 hrs | Evolution of Health Care and Frontiers in Nursing Education, Omaha NE |
| November 2016 | 6 hrs | Pressure ulcers – sharing expertise internationally. Brno, Czech Republic |
| April 2016 | 12 hrs | NPUAP Staging Consensus Conference, Chicago IL |
| February 2016 | 1 hr | Education for Contemporary Practice: A Focus on Competency, Omaha |
| January 2016 | 1 hr | Education for contemporary practice: a focus on competency. UNMC, Omaha, NE |
| September 2015 | 5.25 hrs | Symposium on Advanced Wound Care, Las Vegas NV |
| February 2015 | 6.5 hrs | Phoenix Trauma Symposium Phoenix AZ |

| Month/Year | CEU's | Title of conference, sponsor, location |
|---|---|---|
| September 2014 | 0.5 hrs | Heel Pressure Ulcers, for Journal of Adv Wound care |
| August 2014 | | Advancing Evidenced Based Practice, Omaha NE |
| April 2014 | 5.75 hrs | EBP: Changing our Health Care Landscape, Omaha NE |

## ACADEMIC APPOINTMENT

| Month/Year | Position | Institution |
|---|---|---|
| 2020-present | Florence Niedfelt Professor | University of Nebraska Medical Center College of Nursing Omaha, NE |
| 2016-2020 | Professor | University of Nebraska Medical Center College of Nursing Omaha, NE |
| July 2004-2016 | Associate Professor | University of Nebraska Medical Center College of Nursing Omaha, NE |
| July 2000- 2004 | Assistant Professor | University of Nebraska Medical Center College of Nursing Omaha, NE |
| July 1985-1993 | Assistant Professor | University of Nebraska Medical Center College of Nursing Omaha, NE |
| Aug 1982-1985 | Instructor | University of Nebraska Medical Center College of Nursing Omaha, NE |

## CERTIFICATIONS AND LICENSES

| Certification/license | Number | Expiration |
|---|---|---|
| Fellow, American Academy of Nursing | | 2010-present |
| Fellow, American Professional Wound Care Association | | 2006-present |
| Certified Wound Care Nursing | | 1998-present |
| Certified Continence Care Nursing | | 1998-2003 |
| Certified Plastic Surgical Nursing | | 1991-2013 |
| Certified Registered Nurse, ANA | | 1985-1991 |
| Registered Nurse, Nebraska | 34111 | 1979-present |
| Registered Nurse, Minnesota | | 1972-1980 |

## GRANT/CONTRACT SUPPORT

| Year | grant title, funding agency, start and end dates, total dollars (direct cost), names of PI and Co-I (Last, First initial) and your role |
|---|---|
| 2015 | The effect of a sliver impregnated textile on the biome of the skin fold. Funded by Coloplast September 2015 to December 2015, $80,000, PI J. Black J., Lange, K, Jackson, H. & Conley, D. |
| 2009 | Pilot study to examine the incidence of pressure ulcers in the surgical ICU between two different support systems. Funded by Hill-Rom 2009. $60,000 P.I. Black, J., Co PI Berke, C. |
| 2007 | Bacteria in skin folds. Funded by Coloplast, Inc, 2007, $6000. PI Edwards, C, Co-PI: Black, J., Cuddigan, J. |

Black, Joyce, 03/27/2021 –3

| Year | grant title, funding agency, start and end dates, total dollars (direct cost), names of PI and Co-I (Last, First initial) and your role |
|------|---|
| 2005 | Deep tissue injury: Early presentation and outcomes. Funded by Longport, International. 2005, $5,000 PI: Black, J. |
| 2003 | The Natural history of deep tissue injury. Funded by the University of Nebraska Medical Center, College of Nursing, 2003, $2,000 PI: Black, J. |
| 2001 | Predictors of pressure ulcers on the heels. Funded by the University of Nebraska Medical Center, 2001, $24,450 PI: Black, J., COPI Cuddigan, J. |
| 2000 | Development of educational materials on chronic wound healing. Funded by the University of Nebraska, Technology Grant Division, 2000, $31,000. PI: Cuddigan, J. & Black, J. |
| 1999 | Patient and wound factors affecting pressure ulcer healing. Funded by the Clinical Research Center, 1999, $38,000. PI: Bergstrom, N. & Black, J. |
| 1996 | Equipment to study prevention and interventions for pressure ulcers. Funded by the Chancellor's office, 1996, $58, 000. PI: Black, J. & Co-PI: Cuddigan, J |

## OTHER APPOINTMENTS OR POSITIONS

| Dates | Position | Institution |
|-------|----------|-------------|
| 2015-present | Chairperson, International Expert Panel on | Molnlycke Health Care |
| 2014 | Pressure Injury Prevention and Wound Care | Gothenburg, Sweden |
| | Section writer | NPUAP-EPUAP-PPIA |
| | International Guidelines on Pressure Ulcer | Washington DC |
| | Prevention and Treatment | |
| 2009-2016 | Nursing Research Director | Nebraska Methodist Hospital |
| | | Omaha, NE |
| 2008-09 | Guideline Development Committee | NPUAP-EPUAP International |
| | | Guidelines on Pressure Ulcer |
| | | Prevention and Treatment |
| 1993-4 | Scientific Writer | American Health Care Policy and |
| | Debridement Pressure Ulcers | Research (AHCPR) |
| 1994 | Program Chairman | Adv in Amb & Home Health Care |
| | | Tucson, AZ |
| 1993-1999 | Nursing Specialist | University of Nebraska Medical Center |
| | | College of Nursing |
| | | Omaha, NE |
| 1984-1986 | Instructor | State Board Review |
| | | University of Nebraska Medical Center |
| | | College of Nursing |
| | | Omaha, NE |
| 1977-1979 | Head Nurse | Saint Mary's Hospital |
| | (Burns, ICU, Plastic Surgery, Respiratory) | Rochester, MN |
| 1976-1977 | Supervisor, Nursing Service | Saint Mary's Hospital |
| | | Rochester, MN |
| 1975-1976 | Staff Nurse | Saint Mary's Hospital |
| | (House Float) | Rochester, MN |
| 1972-1975 | Staff Nurse | Saint Mary's Hospital |
| | (Orthopedics) | Rochester, MN |

**CONSULTING POSITIONS**

| Dates | Organization/Role | |
|---|---|---|
| 2021 | Pressure injury data analysis | University of California Hospitals |
| 2021 | Pressure Injury Prevention | Bassett HealthCare Net., Bassett NY |
| 2020 | Prone positioning and pressure injury prevention | Mobility is Medicine, Atlas Lift Tech |
| 2020 | Pressure injury prevention programs | ARJO, London England |
| 2019 | Dartmouth Medical Center and Vermont Medical Center | Hanover, New Hampshire Burlington, VT |
| | Consultant on Pressure Injury Prevention Kearney Regional Medical Center | Kearney, NE |
| 2019 | Consultant for Pressure Injury Prevention Palomar Health Science Center, Consultant for Pressure Injury Prevention | Palomar, CA |
| 2019 | Loma Linda University, Consultant Skin and Wound Care | Loma Linda CA |
| 2019 | University of Mississippi Medical Center, Consultant for Pressure Injury Prevention | Jackson, MS |
| 2018-2019 | MD Anderson, Pressure Injury Detection and Prevention | Houston TX |
| 2017-present | Clinical Editor | Wounds International London, England |
| 2016-2019 | Wound Care treatment | Elderly Health Promotion Israel |
| 2016-2020 | Advanced wound care | Acelity Wound Care San Antonio, TX |
| 2015-present | Skin Care | Medline Industries Mundelein, IL |
| 2015 | Diagnosis of DTI | Novadaq Vancouver, Canada |
| 2013-present | Diagnosis of DTI | Wound Vision Indianapolis, IN |
| 2013-2019 | Seating Cushions | The ROHO Group St Louis, MO |
| 2012-2020 | Support Surfaces | Arjo-Huntleigh Addison, IL |
| 2012-present | Reviewer | Cochrane Reviews, Journal of Tissue Viability, Journal of Wound Care Journal of Critical Care |
| 2012-2014 | Device Related Skin Injury | Salter Labs Arvin, CA |
| 2011-present | Dressings for Prevention | Mölnlycke Health Care Gutenberg, Sweden |
| 2011-2018 | Deep Tissue Injury | Alliqua (Celleration) Eden Prairie, MN |
| 2009-2018 | Seating Protocols | EHOB Indianapolis, IN |
| 2009-present | Reviewer | Advances in Wound Care, American Journal of Critical Care, International Wound Care Journal, Journal of Wound, Ostomy& Cont Nurses, Wounds, Wounds International |
| 2008-2016 | Skin Care | Coloplast |

| Dates | Organization/Role | |
|---|---|---|
| | | Minneapolis, MN |
| 2008-2014 | Support Surfaces | KCI, International |
| | | San Antonio, TX |
| 2006-present | Heel Pressure Ulcers | Sage, Inc/Stryker |
| | | Chicago, IL |
| 2005-present | Support Surfaces | Hill-Rom |
| | | Batesville, OH |
| 2004-2012 | Teaching CNAs about PrUs using technology LPN management techniques | Academic Edge Louisville, KY |
| 1998 | Pressure ulcer treatment Documentation | Mercy Care Center |
| | | Omaha, NE |
| 1997 | Curriculum revision | Bellarmine College |
| | | Louisville, KY |
| 1996 | Curriculum revision | St. Luke's School of Nursing |
| | | Sioux City, IA |
| 1994 | Developing problem- based learning | University of South Dakota |
| | | Vermillion, SD |
| 1993 | Teaching in schools of nursing | Bellarmine College |
| | | Louisville, KY |
| 1993 | Problem solving and curriculum revision | St. Luke's School of Nursing |
| | | Sioux City, IA |
| 1990-1991 | Assisted with revision of total curriculum | Bellarmine School of Nursing |
| | | Louisville, KY |
| 1989-1991 | Developed care plans using a nursing diagnosis framework for computer access | University Hospital Nursing Service Omaha, NE |
| 1988 | Assisted with revision of chart methods and forms | Hastings Regional Center Hastings, NE |
| 1982-1985 | Member of Executive Board | Upjohn Health Care Services |
| | | Omaha, NE |

## HONORS AND AWARDS

| Year | Award | Institution |
|---|---|---|
| March 2019 | Kosiak Award | National Pressure Ulcer Adv Panel |
| | | Washington, DC |
| February 2017 | President's Award | National Pressure Ulcer Adv Panel |
| | | Washington, DC |
| February 2015 | Thomas Stewart Founder's Award | National Pressure Ulcer Adv Panel Washington, DC |
| November 2010 | Fellow | American Academy of Nursing |
| | | Washington, DC |
| May 2010 | Dahlberg Scholar | La Crosse, WI |
| | | Gunderson Lutheran Med Ctr |
| October 2009 | Distinguished Lecturer Dottie Hussain Distinguished Lecturer Program | University of Toledo Toledo, OH |
| May 2009 | Doctorate in Nursing Practice (Honorary) | Winona State University Winona, MN |
| March 2007 | Visiting Distinguished Professor | Winona State University |
| | | Winona, MN |
| April 2006 | Alvin Earl Health Science Educator Award | UNMC Student Senate Omaha, NE |

| Year | Award | Institution |
|---|---|---|
| May 2005 | Rosalie Yeaworth Outstanding Teacher Award | UNMC CON Omaha, NE |
| April 2005 | Alvin Earl Health Science Educator Award Nominee | UNMC Student Senate Omaha, NE |
| November 2000 | Alvin Earl Health Science Educator Award Nominee | UNMC Student Senate Omaha, NE |
| October 1998 | Award for Wound Care Excellence | Lunax Corporation |
| May 1998 | Positive Image of Nursing | District II Nebraska Nurses' Association |
| January 1998 | AJN Book of the Year | American Journal of Nursing New York, NY |
| November 1996 | ASPRSN Scholarship | ASPRSN Pitman, NJ |
| October 1995 | AONE Scholarship | American Organization of Nurse Executives Omaha, NE |
| March 1994 | Rena E. Boyle Award | University of Nebraska Medical Center |
| October 1993 | Ken Morehead | University of Nebraska |
| September 1993 | ASPRSN Scholarship | ASPRSN Pitman, NJ |
| April 1988 | Distinguished Young Alumni | Winona State University Winona, MN |
| November 1986 | Professional Achievement | Nebraska Nurses Association, District II Omaha, NE |
| November 1986 | Visiting Professor in Nursing | Mayo Clinic Rochester, MN |
| November 1980 | Rena E. Boyle Award | University of Nebraska Medical Center College of Nursing Omaha, NE |
| October 1980 | Sigma Theta Tau | Induced, Gamma Pi Chapter, Omaha, NE |
| December 1978 | Eugene Letty, M.D. Scholarship | Rochester Methodist Hospital Rochester, MN |

## MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

| Year | Role | Professional Society |
|---|---|---|
| 2014-present | Member | Tissue Viability Society, London England |
| 2014- 2016 | Secretary | International Wound Infection Institute |
| 2013-present | Member | Association for the Adv of Wound Care |
| 2021 -present | Treasurer | Prophylactic Dressing Standards Task Force National Pressure Injury Advisory Panel Boston MA |
| 2021- present | Vice-President | National Pressure Injury Advisory Panel Boston MA |
| 2020 | Conference Co-Chair Secretary | National Pressure Injury Advisory Panel Boston MA |
| 2019-present | Conference Co-Chair Board of Directors | National Pressure Ulcer Advisory Panel Washington, DC |
| 1998-2017 | Member Board of Directors | National Pressure Ulcer Advisory Panel Washington, DC |

|  |  |  |
|---|---|---|
|  | Chair | Task Force on Pressure Ulcers in the Operating Room Force |
|  | Co-chair | Pressure Ulcer Staging Task Force |
| 2010 | Chair | Pressure Ulcer Avoidability Consensus Conference |
| 2009 | Chair | Public Policy Mission Committee |
| 2008 | Secretary | Public Policy Mission Committee |
| 2008-2009 | Co-Chair | Education Mission Committee |
| 2010-2018 |  |  |
| 2006-2007 | President |  |
| 2005 | Secretary |  |
| 2005-2007 | Chair | Staging Task Force |
| 2005 | Co-chair | Biennial Consensus Conference Tampa, FL |
| 2003 | Co-chair | Biennial Consensus Conference New Orleans, LA |
| 2002-2004 | Co-chair | Deep Tissue Injury Task Force |
| 2001-2002 | Co-chair | Education Committee |
| 2001 | Co-chair | Biennial consensus conference Washington, DC |
| 1999-2002 |  | American Diabetes Association |
| 1998-2016 | Member Board of Directors | National Pressure Ulcer Advisory Panel Washington, DC |
| 1994 -2000 | Member | Wound Healing Society |
| 1994- 1999 | Member | Midwest Nursing Research Society |
| 1988-1995 | Member | North American Nurses Diagnosis Association Peer reviewer for Journal |
| 1985-1999 | Member | Association of OR Nurses Reviewer, Nurse Writer Awards 1988 |
| 1980-2004 | Editor-in-Chief Plastic Surgical Nursing | American Society of Plastic Surgical Nurses Pitman, NJ |
| 1981-present | Member | Sigma Theta Tau - Gamma Pi Chapter At Large |
| 2017-present | President President-Elect |  |
| 2005-2007 | Vice President |  |
| 2001-2005 | Treasurer |  |
| 1989-1991 | Program Committee |  |
| 1987-1989 | Vice President |  |
| 1986 | Chair, Regional Media Awards |  |
| 1985 | Chair, Marketing Nurse's Day Program |  |
| 1985 | Chair, Publicity Committee for STT |  |
| 1981-1982 | Educational Consultant to Nursing Service | Bishop Clarkson Memorial Hospital Omaha, NE |
| 1980-2010 | Member | University of Nebraska Medical Center |
| 2006-2008 | President | College of Nursing Alumni Association |
| 2005 | President Elect |  |
| 1980-present | Member | Nebraska Nurses Association |
| 2011-2012 | Professional Affairs |  |
| 1998-2000 | Chair, Bylaws Committee |  |
| 1988-1989 | Chair, Public Relations Committee |  |

| | | |
|---|---|---|
| 1989 | Delegate Meeting | |
| 1989 | Nurse Award Selection Committee | |
| 1987 | Delegate Meeting | |
| 1985 | Co-chair for exhibits Meeting | |
| 1980-present | Member | American Nurses Association |
| 1979-present | Member | American Society of Plastic Surgical Nurses (ASPSN) |
| 1997-1999 | Member | Long Range Planning Committee |
| 1988-2004 | Chairman Editorial Board | |
| 1985-1988 | National Board Seat | |
| 1984 | Chairman | Long Range Planning Committee |
| | Chapter Chairman Neb, Iowa, ND & SD | |
| 1984-1989 | Member Education Committee | |
| 1986 | Co-Chairman "Amb Surgery" Conf | |
| 1985-1986 | Member | Professor Issues Committee |
| 1985 | Member, Program Committee | Convention |
| 1984 | Chairman | Long Range Planning Committee |
| 1985 | Program Chair | Midwest Regional Meeting |
| 1984 | Program Chair | |
| 1980-1984 | Regional Chair | |
| 1983 | Chairman | Geo Restructuring Committee |
| 1977-1987 | Member | American Burn Association |

## COMMITTEE ASSIGNMENTS

### UNMC

| Years | Role (leadership/years) | Committee |
|---|---|---|
| 2003-present | Skin Wound Advisory Team | Nebraska Medical Center Omaha, NE |
| 2001-2007 | Faculty Senate, College of Nursing Representative | |

### CON

| Years | Role (leadership/years) | Committee |
|---|---|---|
| 2009-2011 | Undergraduate Curriculum Revision Task Force | University of Nebraska Medical Center College of Nursing Omaha, NE |
| 2004 | Chairperson of College of Nursing Faculty | University of Nebraska Medical Center College of Nursing Omaha, NE |
| 2002 | Chairperson of College of Nursing Faculty | University of Nebraska Medical Center College of Nursing Omaha, NE |

## PRESENTATIONS

**National:**
Cheatle, K, Dean, W. & Black J. When pressure injuries go to court. National Pressure Injury Advisory Panel, Virtual conference
Black J & Berke C. (2021). Sharpen the Focus of the DTPI Timeline. National Pressure Injury Advisory Panel, Virtual conference
Black J. Capasso, V & Kroshinksy D. Sharpen your understanding of COVID-19 Skin and Wounds. National Pressure Injury Advisory Panel, Virtual conference
Black J. Moore Z, Vargo D. (2021). Technology to sharpen your PI Detection Skills. National Pressure Injury Advisory Panel. Virtual conference

Black J. & Deppish, M. (2021). Root Cause Analysis: Finding your Why. National Pressure Injury Advisory Panel, virtual conference

Black, J. (2021). Preventing and management of pressure ulcers seen in COVID-19 patients. Society for Critical Care Medicine.

Black J. (2020). What does COVID-19 do to the skin? National Pressure Injury Advisory Panel.,

Black, J., Vollman, K and Padula W. (2020). Preventing pressure injury in COVID-19 patients. Altas Lift Tech.

Black, J. (2020). Root cause analysis of pressure injury. North American Center for Continuing Medical Education.

Black J. (2020). A deep look into the treatment of full thickness Pressure Injury. National Pressure Injury Advisory Panel 2020 Conference, Houston TX

Cox, J. & Black J. (2020). Conditions of high risk which render pressure injury prevention nearly impossible in patients in Critical Illness Recovery Hospitals. National Pressure Injury Advisory Panel 2020 Conference, Houston TX

Black J. (2020). Visual adjustment: A closer look at Avoidable and Unavoidable PI using Concept Analysis. National Pressure Injury Advisory Panel 2020 Conference, Houston TX

Black J. (2020). End of Life Skin Impairments. National Pressure Injury Advisory Panel 2020 Conference, Houston TX

Black J. & Deppish, M. (2020). Root Cause Analysis: Putting Tools in Your Toolbox. National Pressure Injury Advisory Panel 2020 Conference, Houston TX

Black, J. (2019). Dilemmas in Staging Pressure Injury. Webinar for National Pressure Injury Advisory Panel.

Black, J. Pressure injury risk assessment and prevention using the SPIPP: A 7-part series. Webinar for Vizient Health Systems

Black, J. Hospital nutrition and wound healing. Academy of Medical Surgery Nurses, Chicago IL
Litchford, M & Black J. Burn wound management (2019). Webinar for Abbott Nutrition.

Black, J. (2019). Legal issues in wound care. Wound Ostomy Continence Nurse Association. Nashville, TN

Padula, W., Black, J. & Mishra, M. (2019). Pressure injury prevention: Best Practices and a look at Device Related Injuries. Webinar for CMS IMPAQ International and live in Los Angeles CA

Black, J. (2019). Progressive mobility and Pressure Injury Risk. Webinar for Wound Ostomy and Continence Nurses Association

Black, J. (2019): Pressure injury versus other wounds: the right diagnosis for the right treatment. SAWC Spring meeting, San Antonio, TX

Black, J. (2019). Progressive mobility and pressure injury risk. WOCN Webinar, WOCN

Brienza D & Black J. (2019). Show me tissue distortion and I'll show you shear and friction. NPUAP Annual Conference, St Louis MO

Black, J. (2018) Assessing & managing Deep Tissue Pressure Injury. SAWC Fall Meeting, Las Vegas NV

Traynor, D. & Black J. Patient centered outcomes in diabetic foot ulcer management. Acelity Webinar

Edsberg, L, Call, E, Black, J. (2018) Histology of Deep Tissue Pressure Injury: What can be learned from cadavers. National Pressure Ulcer Advisory Panel Conference, Las Vegas NV

Tesscher, A, Fawcett, D. Black, J. (2018). Operating Room Acquired Pressure Injury.  National Pressure Ulcer Advisory Panel Conference, Las Vegas NV

Black, J. Garcia, A, Goldberg M. (2018). Staging Questions.  National Pressure Ulcer Advisory Panel Conference, Las Vegas NV

Fife, C, Black, J. (2017). Debating the new Pressure Ulcer/Injury Staging. Society for the Advancement of Wound Care, Las Vegas NV

Black, J. (2017). Pressure ulcer prevention: A look at the evidence. Society for the Advancement of Wound Care, Las Vegas NV

Fife, C & Black, J. (2017) The Great Debate: Pressure Injury or Ulcer? National Clinical Conference. American Professional Wound Care Association, Philadelphia PA

Black J, Vollman, K, & Salisbury, S. (2017). Changing the Perception of Safety on Your Unit. AACN NTI, Houston, TX

Black, Joyce, 03/27/2021 –10

Black J, Vollman, K, & Salisbury, S. (2017). Changing the Perception of Safety on Your Unit. WOCN
    Meeting, Salt Lake City, UT
Black, J. Improving outcomes in pressure ulcer prevention. (2017) Society for Advancement of Wound
    Care, Atlanta, GA
Black, J. (2017). Medical Device Pressure Injury. National Pressure Ulcer Advisory Panel, New Orleans.
    LA
Black, J. (2017). Deep Tissue Pressure Injury. National Pressure Ulcer Advisory Panel, New Orleans. LA
Black, J. (2017). Deep Tissue Pressure Injury. International Seating Symposium, Nashville, TN
Fawcett, D. & Black, J. (2016). Pressure Injury During Surgery:  Preventable or Not?  OR Managers
    Conference, Las Vegas, NV
Black, J. (2016). Improving outcomes in pressure ulcer prevention. Society for Advancement of Wound
    Care, Atlanta, GA
Black, J. & Cuddigan, J. (2016). Avoidable and unavoidable pressure ulcers on the sacrum and heel.
    Society for Advancement of Wound Care, Atlanta, GA
Black, J. & Call, E. (2016). Support surfaces for prevention and treatment of pressure ulcers.  Webinar for
    NPUAP
Black, J. (2016). Deep Tissue Injury. Webinar for McKnight's Long Term Care
Black, J. (2015). Staging and Treatment of Pressure Ulcers. Society for Advancement of Wound Care, Las
    Vegas, NV
Padula, W & Black, J. (2015). Pressure ulcer prevention: New Data for Outcome Management. Society for
    Advancement of Wound Care, Las Vegas, NV
Black, J. Scott, S. & Fawcett, D. (2015). Operating Room Ulcers: Who is at Risk? Can They be Prevented?
    Webinar for NPUAP.
Black, J. (2015). Safe Patient Handling and Pressure Ulcer Prevention. Webinar for WOCN
Black, J. & Kalowes, P. (2015). Pressure Ulcers from Medical Devices: Low Hanging Fruit. Webinar for
    NPUAP
Black, J. & Honaker, J. (2015). Update in the Science of Deep Tissue Injury. Wound Ostomy, Continence
    Nurses Society meeting, San Antonio, TX
Black, J. & Kalowes, P. (2015). Pressure Ulcers from Medical Devices: Low Hanging Fruit. Society of
    the Advancement of Wound Care, San Antonio, TX
Black, J. (2015). Root cause analysis and value analysis. Implementing the 2014 NPUAP Guidelines.
    NPUAP Biennial Conference, Orlando, FL
Black, J. (2015). Pressure ulcers in the operating room. Implementing the 2014 NPUAP Guidelines.
    NPUAP Biennial Conference, Orlando, FL
Black, J. & Deppisch, M. (2014). Hot topics: Cushion selection, preventing pressure ulcers on the heels,
    and safe patient handling equipment. Webinar for NPUAP
Black, J., Brindle, T. & Creehan S. (2014). Learning from and implementing an outcome-based pressure
    ulcer prevention program. Symposium on Advanced Wound Care, Orlando, FL
Black, J. (2014). Measuring pressure ulcer rates. Webinar for NPUAP.
Garcia, A. & Black, J. (2013). Deep tissue injury: results of the NPUAP consensus conference on Deep
    Tissue Injury. Symposium for Advanced Wound Care, Las Vegas
Black, J.  (2013) 10 Years of Deep Tissue Injury: Progress and Possibilities. 3rd Annual Wound and
    Vascular Symposium. Pearl River, NY
Black, J. (2013). Prevention of Deep Tissue Injury. NPUAP consensus conference on Deep Tissue Injury,
    Houston Texas
Black, J. Brindle, T, Meek, K & Owens, A. (2012). Surgical Site Infections. Society for the Advancement
    of Wound Care. Atlanta, GA
Baharestani, M. Black, J. & Nie, AM (2012). Hot Topics in Pressure Ulcers: Perioperative Pressure Ulcers,
    Suspected Deep Tissue Injury and Beyond. Society for the Advancement of Wound Care. Atlanta,
    GA
Black, J. (2011). Pressure Ulcers: A Voyage for Improvement. American Nurses Association, Washington
    DC
Black, J. (2011). Update in Hospital Medicine 2011 Mayo Clinic. Tucson, AZ
Black, J. (2011). Wound pain. Diabetic Limb Salvage Conference, Washington DC

035

Black, J. (2011). Differential Diagnosis of Wounds Commonly Confused with Pressure Ulcers. Clinical Wound Symposium Washington DC

Black, J., Langemo, D. & Garcia, A. (2011). Implementing the NPUAP-EPUAP Guidelines.  Clinical Wound Symposium, Washington, DC

Black, J. (2011). Skin Care at End of Life. Southwest General Hospital 9th Annual Wound Healing Conference, San Antonio, TX

Black, J. (2011). Skin Care Strategies. Southwest General Hospital 9th Annual Wound Healing Conference, San Antonio, TX

Black, J. (2011). What's New in Pressure Ulcers? Mayo Clinic Advanced Practice Nurses Org, Rochester, MN

Black, J. (2011). Support surfaces for pressure ulcer prevention & healing. Advanced Wound Healing, Orlando, FL

Black, J., Braden, B., Cuddigan, J. and Posthauer, ME (2010). Was this pressure ulcer avoidable? Results of the NPUAP Consensus Conference. Wound Healing: State of the Science. NPUAP and Nebraska Medical Center, Omaha, NE

Black, J. (2010). Deep Tissue Injury: The State of the Science. Wound Healing: State of the Science. NPUAP and Nebraska Medical Center, Omaha, NE

Black, J. (2010). Classification of pressure ulcers and other wounds. Wound Healing: State of the Science. NPUAP and Nebraska Medical Center, Omaha, NE

Brindle, C.T. & Black, J. (2010). Prevention in high risk patients: the role of shear and microclimate management. Wound Healing: State of the Science. NPUAP and Nebraska Medical Center, Omaha, NE

Black, S. & Black, J. (2010). Pathophysiology of common wounds. Wound Healing: State of the Science. NPUAP and Nebraska Medical Center, Omaha, NE

Black J. (2010). Time heals all wounds: or does it? Comparative effectiveness research methods for the treatment of chronic wounds. Center for Medical Technology Policy Meeting. Baltimore, MD

Black, J. (2010). Pressure ulcer guidelines. WOCN Annual Meeting, Phoenix, AZ

Black, J. (2009). Deep Tissue Injury. SAWC meeting, Washington, DC

Black, J. (2008, Sept). What's new with pressure ulcers? 12th Annual Wound Care Congress, Center for Advanced Wound Care, Orlando, FL

Black, J. (2008, June). Updates in the NPUAP staging system and Deep Tissue Injury. Wound, Ostomy and Continence Nurses National Conference, Orlando, FL

Black, J. (2008, April). Funding changes in acute care. Society for the Advancement of Wound Care, San Diego, CA

Black, J. (2008, April). Pressure ulcer staging. PESI Health care programs, Las Vegas, NV

Black, J. (2007, June). Physical Examination in the Morbidly Obese. American Bariatric Surgeons Society Annual Meeting, San Diego, CA

Black, J. (2007, June). Implications of the Updated NPUAP Staging System. WOCN National Conference, Salt Lake City, UT

Black, J. (2007, Feb). Proposed Staging System and Deep Tissue Injury Definitions. NPUAP Consensus Conference, San Antonio TX

Black, J. (2007, Feb). Where does Deep Tissue Injury Fit? Re-Examining the Staging System. NPUAP Consensus Conference, San Antonio TX

Black, J. (2006, Mar). Skin and Wound Problems in Bariatrics. HillRom National Bariatric Conf, Las Vegas, NV

Black, J. (2006, Mar). Physical Assessment of the Bariatric Patient. HillRom National Bariatric Conf, Las Vegas, NV

Black, J (2005, Oct). NPUAP Pressure Ulcer Classification: Deep Tissue Injury. Clinical Symposium on Skin and Wound Care, Las Vegas, NV

Black, J. (2005, Sept). Reducing the Risk of Pressure Ulcer Litigation. Alton Memorial Hospital, Alton, IL

Black, J. (2005. Sept). Pressure Ulcers: Are they a Medical (Nursing) Error? Conference on Hospital Acquired Pressure Ulcers, Providence RI

Black, J. (2005, Aug). Novel Methods to Teach EKG interpretation. 4th Nursing Educators Institute. Bellarmine   College, Louisville, KY

Black, J. (2005, Aug). Test Item Analysis. 4th Nursing Educators Institute. Bellarmine College, Louisville, KY

Black, J. (2005, Aug). Assuring Competencies in Student Performance. 4th Nursing Educators Institute. Bellarmine College, Louisville, KY

Posthauer, ME & Black, J. (2005, Apr). Deep Tissue Injury: Report of NPUAP Consensus Conference. Symposium of Advances in Wound Care. San Diego, CA

Black, J. (2005, Mar). Report of NPUAP Consensus Conference. American Professional Wound Care Association, Philadelphia, PA

Black, J. (2004, Oct). Pressure ulcers on the heels. NE Region WOCN Regional Meeting. Syracuse, NY

Cuddigan, J & Black, J. (2004, September). Bariatric Surgery: Challenging Wounds, Challenging Care. Clinical Symposium on Advances in Skin and Wound Care. Phoenix, AZ

Black, J. (2004, Aug). Keynote address: Ethical and legal issues in nursing education. 4th Nursing Educators Institute. Bellarmine College, Louisville, KY

Black, J. (2004, Aug). Revising a test based on statistics. 4th Nursing Educators Institute. Bellarmine College, Louisville, KY

Black, J. (2004, Aug). Determining what test questions to write. 4th Nursing Educators Institute. Bellarmine College, Louisville, KY

Black, J. (2004, June). Deep Tissue Injury. WOCN 34th Annual Wound, Ostomy and Continence Conference, Tampa, FL

Black, J. (2004, May). Are Some Pressure Ulcers Unavoidable? Wound Healing Garden, Catholic Hospital Consortium.  Newark, NJ

Black, J. (2004, May).  Preparing for Your Defense. Wound Healing Garden, Catholic Hospital Consortium.  Newark, NJ

Black, J. (2004, May). Deep Tissue Injury. Wound Healing Garden, Catholic Hospital Consortium. Newark, NJ

Black, J. (2004, Apr). Preparing for your Defense. National Meeting of the American Association of Medical Auditors Society. Nashville, TN

Black, J. (2004, Apr). Is this a pressure ulcer? And how do you know? Best Practice for Assessment and Treatment of pressure Ulcers. Birmingham ET Nurses Conference. Birmingham, AL

Black, J. (2004, Apr). Heel pressure ulcers. Best Practice for Assessment and Treatment of pressure Ulcers. Birmingham ET Nurses Conference. Birmingham, AL

Black, J. (2004, Mar). Heel pressure ulcers. Best Practice for Assessment and Treatment of pressure Ulcers: Clinical, Regulatory and Legal Perspectives. North Shore Long Island Jewish Health System. East Elmhurst, NY

Black, J. (2004, Mar). Staging of pressure ulcers: A closer look. Best Practice for Assessment and Treatment of pressure Ulcers: Clinical, Regulatory and Legal Perspectives. North Shore Long Island Jewish Health System East Elmhurst, NY

Black, J. (2004, Mar). Is this a pressure ulcer? And how do you know? Best Practice for Assessment and Treatment of pressure Ulcers: Clinical, Regulatory and Legal Perspectives. North Shore Long Island Jewish Health System East Elmhurst, NY

Black, J. (2004, Jan). The Great Debate: Some pressure ulcers are unavoidable. Wound Healing Conference, Naples Florida

Black, J. (2004, Jan) .How the legal community determines which pressure ulcers are avoidable vs unavoidable. Wound Healing Conference, Naples Florida

Black, J. (2003, Nov). Heel pressure ulcers. Best Practice for Assessment and Treatment of pressure Ulcers: Clinical, Regulatory and Legal Perspectives. North Shore Long Island Jewish Health System. East Elmhurst, NY

Black, J. (2003, Nov). Staging of pressure ulcers: A closer look. Best Practice for Assessment and Treatment of pressure Ulcers: Clinical, Regulatory and Legal Perspectives. North Shore Long Island Jewish Health System East Elmhurst, NY

Black, J. (2003, Nov). Is this a pressure ulcer? And how do you know? Best Practice for Assessment and Treatment of pressure Ulcers: Clinical, Regulatory and Legal Perspectives. North Shore Long Island Jewish Health System East Elmhurst, NY

Eastman, S & Black, J. (2003). What is new in wound healing? ASPSN National Conference, San Diego

Black, J. (2003). Mock Trial. ASPSN National Conference, San Diego, CA

Black, J. (2003, Oct). Preparing for the ASPSN Certification Exam. ASPSN National Conf, San Diego

Black, J. (2003, Oct). Deep tissue injury: What lies beneath? Clinical symposium on Advances in Skin and Wound Care, Chicago, IL

Black, J., Lyder, C. & Langemo, D. (2003, Oct). Reducing your risk of litigation in pressure ulcer care. Clinical Symposium on Advances in Skin and Wound Care, Chicago, IL

Ratliff, C & Black, J. (2003, Sept). The Great Debate: Some pressure ulcers are unavoidable. Best Practice of Assessment and Treatment of Pressure Ulcers. West Lawn, PA

Black, J. (2003, Sept). How the legal community determines which pressure ulcers are avoidable vs unavoidable. Best Practice of Assessment and Treatment of Pressure Ulcers. West Lawn, PA

Black, J. (2003, Sept). Heel pressure ulcers. Best Practice of Assessment and Treatment of Pressure Ulcers. West Lawn, PA

Black, J. (2003, Sept). Wound diagnosis: Is this wound a pressure ulcer and how do you know? Best Practice of Assessment and Treatment of Pressure Ulcers. West Lawn, PA

Black, J. (2003, Aug) Academic Integrity. Nursing Teacher Institute. Bellarmine College, Louisville, KY

Black, J. & Verst. A. (2003, Aug). Test Construction. Nursing Teacher Institute. Bellarmine College, Louisville, KY

Black, J. (2003, Aug). Analyze This. Nursing Teacher Institute. Bellarmine College, Louisville, KY

Black, J. (2003), Aug). Complex Legal and Ethical Issues in Nursing Education. Nursing Teacher Institute. Bellarmine College, Louisville, KY

Black, J. (2003, Feb). Pressure Ulcers in America: A Report Card. NPUAP Biennial Consensus Conf, New Orleans, LA

Black, J. (2003, Feb). Pressure ulcers on the heels. NPUAP Biennial Consensus Conference, New Orleans, LA

Black, J. (2003, Feb). Deep tissue injury: A new classification of pressure ulcers NPUAP Biennial Consensus Conference, New Orleans, LA

Black, J. (2003, Feb). What is and is not a pressure ulcer? NPUAP Biennial Consensus Conf, New Orleans, LA

Black, J. & Taler, G. (2002, Oct). Standards of care for the treatment of pressure ulcers. Discerning Pressure Ulcer Care From Documentation. NPUAP, Orlando, FL

Black, J. (2002, Oct). What is and is not a pressure ulcer? Discerning Pressure Ulcer Care From Documentation. NPUAP, Orlando, FL

Taler, G. & Black, J. (2002, Oct). Not all pressure ulcers are avoidable: The Great Debate. NPAUP Conference, Orlando, FL

Black, J. (2002, Oct). Documentation in pressure ulcers. NPUAP Conference, Orlando, FL

Black, J. (2002, Oct) How the legal community defines avoidable pressure ulcers. NPAUP Conference, Orlando, FL

Bennett, R. & Black, J. (2002, Sept). Deep tissue injury: A new classification of pressure ulcers. Advances in Wound Care Symposium, Dallas TX

Black, J. (2002, Sept). Surgery: panacea or problem?. Advances in Wound Care Symposium, Dallas TX

Black, J. (2002, Aug). Clinical teaching. Nursing Educators Institute, Louisville, KY

Black, J. (2002, Aug). Test item construction. Nursing Educators Institute, Louisville, KY

Black, J. (2002, Aug). Issues in nursing education. Nursing Educators Institute, Louisville, KY

Black, J.  (2002, June).  Options for tissue replacement.  WOCN national conference, Las Vegas NV

Black, J.  (2002, June).  Pressure ulcers on the heels.  Pressure ulcer care. Gaymar, Indust, Las Vegas, NV

Black, J.  (2002, May).  Pressure ulcers on the heels.  Pressure ulcer care.  Gaymar, Indust, Chicago, IL

Black, J.  (2002, Mar).  Pressure ulcers on the heels.  Pressure ulcer care.  Gaymar, Indust Baltimore MD

Black, J. & Cuddigan, J. (2001, Oct).   Are all pressure ulcers avoidable? The great debate.   NPUAP conference: Are Pressure Ulcers Avoidable or Unavoidable: What is the Evidence?  Mercy Hospital, Des Moines, IA

Black, J. (2001, Oct).  How the legal community defines pressure ulcers.  NPUAP Conference: Are Pressure Ulcers Avoidable or Unavoidable: What is the Evidence?  Mercy Hospital, Des Moines, IA

Black, J. (2001, Aug).  Problems with multiple choice examinations. Bellarmine College Teachers Institute, Louisville, KY

Black, J. (2001, Aug).  Legal, ethical and competency issues in education. Bellarmine College Teachers Institute, Louisville, KY

Black, J. (2000, Oct).  Standards for Nurse Practitioners: Are they different?  ASPRSN National Convention, Los Angeles, CA

Black, J. (2000, Oct).  Preparing your defense.  ASPRSN National Convention, Los Angeles, CA

Black, J. (2000, Oct).  Preparing for the Certification Exam.  ASPRSN National Conv, Los Angeles, CA

Black, J. (1999, Oct).  Rapid interpretation of EKGs.  ASPRSN National Convention, New Orleans, LA

Eastman, S. Black, J. & Black, S (1999, Oct).  New technologies for wound healing.  ASPRSN National Convention, New Orleans, LA

Black, J. (1999, Oct).  Ethics, Economics and Nursing Liability.  ASPRSN National Convention, New Orleans, LA

Black, J. (1999).  Preparing for the Certification Exam.  ASPRSN National Convention, New Orleans, LA

Black, J. (1999, Sept).  Predictors of wound healing.  Wound healing symposium Nebraska Health Systems, Omaha, NE

Black, J.  (1999, Jan). Prediction and prevention of pressure ulcers. Presented at Baromedicine Winter symposium, Breckenridge, CO

Black, J. and Black, S.  (1998, Oct).  When a wound won't heal.  Instructional course presented at the ASPRSN National Convention, San Francisco, CA

Black, J. (1998, Oct).  Chart Smart.  ASPRSN National Convention, Boston, MA

Black, J. (1998, Oct).  Preparing for the Certification Exam.  ASPRSN National Convention, Boston, MA

Black, S. & Black, J. (1998, Oct.). How to start a wound center. Presented at the National Symposium on Wound Healing. Dallas TX

Black, J. (1997, Sept).  Preparing for the Certification Exam. ASPRSN National Convention, San Francisco, CA

Black, J. (1996, Nov.).  Introduction to Plastic Surgical Nursing. ASPRSN National Conv, Dallas, TX

Black, J. (1996, Aug.).  Introduction to Plastic Surgical Nursing. ASPRSN Northeast District Conv, New York, NY

Black, J. (1996, July.).  Introduction to Plastic Surgical Nursing. ASPRSN Southern District Conv, Houston TX.

Black, J. (1996 May.).  Introduction to Plastic Surgical Nursing. ASPRSN Western District Convention, Palm Springs, CA.

Black, J. (1996). What's new in wound healing?  Midwest meeting of ASPRSN, Chicago, IL

Black, J. (1994, March). Caring for the nonhealing wound. Contemporary Forums, San Francisco, CA

Black, J. (1994, March). Wound care: A hands-on experience. Contemporary Forums, San Francisco, CA

Black, J. (1993, Oct.).  Introduction to Plastic Surgical Nursing.  Midwest ASPRSN Convention, Milwaukee, WI.

Black, J. (1993, Sept.).  Introduction to Plastic Surgical Nursing.  ASPRSN National Convention, New Orleans, LA.

Black, J. (1992).  Preparing for certification.   ASPRSN Convention, Crystal City, VA.

Black, J., & Hockenberger, S.  (1991). Preparing for certification.   ASPRSN Convention, Seattle, WA.

Black, J.  (1989, June).  Complications of Aesthetic Surgery.  ASPRSN Spring Clinical Updates, Washington, D.C.

Black, J.  (1989). Complications of Aesthetic Surgery. ASPRSN Spr Clinical Updates, Kansas City, MO.

Black, J.  (1989). Complications of Aesthetic Surgery. ASPRSN Spring Clinical Updates, San Diego, CA.

Black, J. (1988, June).  Rapid Interpretation of EKG's. Advances in Ambulatory & Home Health Care, Tucson, AZ.

Black, J. (1988, June).  Cosmetic Surgery.  Advances in Ambulatory and Home Health Care, Tucson, AZ.

Black, J. (1988, March).  Breast Cancer and Reconstruction.  Women's Health Issues, Nashville, TN.

Black, J. (1988, March).  Cosmetic Surgery for Women.  Women's Health Issues, Nashville, TN.

Black, J. (1987, Nov).  Myocutaneous Flaps.  13th Annual ASPRSN Convention in Atlanta, GA.

Black, J. (1987, Nov).  Writing a Paper for Publication. 13th Annual ASPRSN Convention. Atlanta, GA.

Black, J. (1987).  Case Studies in Reconstructive Surgery.  Adv in Med Surg Nursing '87, Scottsdale, AZ.

Black, J. (1987, Sept).  Advances in Cosmetic and Reconstructive Surgery of the Breast.  Advances in Medical Surgical Nursing '87, Scottsdale, AZ.

Black, J. (1987, May).  Case Studies in Reconstructive Surgery.  Adv in Med Surg Nursing '87, Niagara Falls, NY.

Black, J. (1987, May).  Advances in Cosmetic and Reconstructive Surgery of the Breast.  Advances in Medical Surgical Nursing '87, Niagara Falls, NY.

Black, J. (1987, May).  Nursing Care of the Patient with Flaps and Grafts.  Midwestern ASPRSN meeting, Springfield, IL.

Black, J. (1987, April).  Innovations in Skin Care. Southeastern Minnesota General Surgery Conf. Rochester, MN.

Black, J. (1986, November).  Overcoming Writer's Block.  Mayo Clinic, Rochester, MN.

Black, J. (1986, October).  Nursing Care of Flaps and Grafts.  12th Annual ASPRSN Convention, Los Angeles, CA.

Black, J. (1986, Jan).  Writing the 3 P's Policies, Procedures, and Protocols.  2nd Annual Rocky Mountain Regional Program of ASPRSN, "Managing Your Practice in Ambulatory Surgery", Phoenix, AZ.

Black, J. (1985). Presenting to Your Peers.  Eleventh Annual Convention of ASPRSN, Kansas City, MO.

Black, J. (1985, Oct).  Personality Styles:  Implications for Patient Teaching.  Eleventh Annual Convention of ASPRSN, Kansas City, MO.

Black, J. (1984, Oct).  Rapid Interpretation of EKG's. Tenth Annual Conv of ASPRSN, Las Vegas, NV.

Black, J. (1983, Oct).  Acute and Reconstructive Burn Care.  Ninth Annual Convention of ASPRSN, Dallas, TX.

Black, J. (1983, April).  Psychological Adjustments to Plastic Surgery. Midwest Regional Meeting of ASPRSN, St. Louis, MO.

Black, J. (1982, Oct).  Developing Your Writing Skills.  Eighth Annual Convention of the ASPRSN, Honolulu, HI.

Black, J. (1981, Oct).  Psychosocial Needs of Burn Patients. Seventh Annual Convention of the ASPRSN, New York City, NY.

Black, J. (1980).  Research in the ASPRSN.  Sixth Annual Convention of the ASPRSN, New Orleans, LA

**International:**

Black J. (2020). COVID and Pressure Injury. HMP Global

Black, J. (2020). COVID-19 and the Skin. Wounds UK Conference, Harrogate England

Sibbald, G., Ayello E, & Black , J. (2020). Diverse Skin Tones: Diagnostic Challenges and Tips from the Experts. Moving the Dial on Patient Outcomes. Wounds Canada.

Black, J. (2020). Pressure Injury: The "Scarlett Letter" of Patient Care. Moving the Dial on Patient Outcomes. Wounds Canada.

Black, J. (2019). <u>Understanding Pressure Injury Classification. Let's Get on the Same Page</u>. 2019 Guideline Launch: National Pressure Injury Advisory Panel. Los Angeles, CA

Black, J., Santamaria, N, Gefen, A, Kottner, J., Alves, P. (2019). <u>Prevention of pressure ulcers with dressings: what is the evidence?</u> European Wound Management Association, Gothenburg, Sweden

Black, J. (2018). <u>Prevention of pressure ulcers with dressings: what is the evidence?</u> XII Congresso Internacional de la Asociacion Mexicana para el cuidado integral y cicatrizacion de heridas. Acapulco, Mexico

Black, J. Santamaria, N, Gefen, A, Call, E., Padula W, Creehan, S., Ciprandi, G. <u>Supporting science and implementation of a pressure ulcer prevention bundle</u>. European Pressure Ulcer Advisory Panel, Rome, Italy

Black, J. (2018). <u>Medical Device Pressure Ulcers</u>. European Pressure Ulcer Advisory Panel, Rome, Italy

Black, J. (2018) <u>System Change for Pressure Injury Prevention.</u> Nursing Education Summit, Bangkok, Thailand

Black, J. (2018). <u>Clinical Perspectives in Pressure Ulcer Prevention</u>. Nursing Education Summit, Bangkok, Thailand

Black, J. (2018). <u>Pressure Injury Prevention in Vulnerable Patients</u>. Tan Tock Seng Hospital, Singapore, Singapore

Black, J. (2018). <u>Pressure Injury Prevention in Vulnerable Patients</u>. Changi General Hospital, Singapore, Singapore

Black, J. (2017). <u>Pressure Injury Prevention</u>. Pressure Ulcer Summit, Nanjing, China

Black, J. (2017). <u>Hospital Wide Pressure Injury Prevention Programs</u>. Sino-American Pressure Ulcer Summit, Beijing China

Black, J. (2017). <u>Varieties of Pressure Injury in the Terminally Ill</u>. European Pressure Ulcer Advisory Panel meeting, Belfast Ireland

Black, J. (2017). <u>Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers.</u> Registered Nurses of Ontario Association, Niagara Falls, Ontario

Black, J. (2017). <u>The Anatomy of a Pressure Injury Prevention Program.</u> Toronto Hospital Association, Toronto, Ontario

Moore, Z. and Black J. (2016) <u>The Staging Debate</u> Wounds International Conference, Harrogate UK

Black, J. (2016). <u>Pressure Injury on Mucous Membrane</u>. Wounds International Conference, Harrogate UK

Black, J. (2016). <u>Bullets to Bariatrics: the American Surgical Experience</u>. Wounds International Conference, Harrogate UK

Black, J. (2016) <u>Implementation of Pressure Ulcer Prevention Guidelines</u>. Preventing Decubitus Ulcers. Brno, Czech Republic

Black, J. (2016). <u>Prevention of pressure ulcers in ICU and OR</u>. World Union of Wound Healing Societies, Florence Italy

Black, J. (2016). <u>Implementation of Pressure Ulcer Guidelines: Starting at the Top</u>. World Union of Wound Healing Societies, Florence Italy

Black, J. (2016). <u>Deep Tissue Pressure Injury.</u> European Seating Symposium, Dublin Ireland

Black, J. (2016). <u>Pressure injuries in the ICU: Issues and Opportunities</u>. Nova Scotia Association of Critical Care Nurses, Halifax, Nova Scotia

Black, J. (2016). <u>Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers.</u> Registered Nurses of Ontario Association, Niagara Falls, Ontario

Black, J. (2016). <u>Surgical Site Infection</u>. Wounds International, Harrogate, UK

Black, J. (2016). <u>Deep Tissue Injury.</u> Wounds International, Harrogate, UK

Black, J. (2016). <u>Medical Device Related Pressure Ulcers.</u> Wounds International, Harrogate, UK

Black, J. (2015). <u>Pressure ulcers in the ICU: Issues and Opportunities</u>. Canadian Association of Critical Care Nurses, Winnipeg, Manitoba

Black, J. (2015). <u>Dressings for Prevention of Pressure Ulcers.</u> European Wound Management Association, London, UK

Black, J. (2015).  Getting pressure ulcer rates to zero. Ontario Hospital Association, Toronto Canada

Black, J. (2015). Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers. Registered Nurses of Ontario Association, Niagara Falls, Ontario

Cuddigan, J. & Black J. (2015). Reperfusion of the heel after loading in the critically ill patient. European Pressure Ulcer Advisory Panel Meeting, Ghent, Belgium

Gefen, A, Santamaria, N. & Black, J.  (2015). Prophylactic dressings for pressure ulcer prevention; modes of action, research findings and clinical applications. European Wound Management Association, London England

Black, J. (2015). Where do prophylactic dressings fit in pressure ulcer prevention? Ontario Hospital Association, Toronto, Canada

Black J. (2015). What's new in pressure ulcers? University Hospital Consortium, Toronto, Canada

Black, J. (2014). The science of pressure ulcers at the bedside. Harrogate Wound Conference, Harrogate, England

Santamaria, N, Geffen, A & Black, J. (2014). The evidence for the use of dressings for pressure ulcer prevention. Webinar for European Pressure Ulcer Advisory Panel

Black, J. (2014). Pressure Ulcer Prevention: Evidence-Based Practice.  Sino-American Pressure Ulcer Guideline Release. Beijing, China

Black, J. (2014). Pressure Ulcer Prevention: Evidence-Based Practice. Sino-American Pressure Ulcer Guideline Release. Guangzhou, China

Black, J. (2014). Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers. Registered Nurses of Ontario Association, Niagara Falls, Ontario

Black, J. (2013). Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers. Registered Nurses of Ontario Association, Niagara Falls, Ontario

Black, J. (2012) Prophylactic dressings for pressure ulcer prevention. World Union of Wound Healing Societies, Yokahama, Japan

Black, J. (2012). Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers. Registered Nurses of Ontario Association, Niagara Falls, Ontario

Black, J. & Santamaria, N. (2012). Should dressings be added to the pressure ulcer prevention guidelines? Australian Wound Management Association Canberra, AU

Black, J. (2012). The significance of maintaining skin integrity in our older population. Australian Wound Management Association Canberra, AU

Langemo, D. & Black, J. (2011).  Palliative care of patients with pressure ulcers. European Pressure Ulcer Advisory Panel, Porto Portugal

Black, J. (2011). Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers. Registered Nurses of Ontario Association, Niagara Falls, Ontario

Black, J. (2010). Safety in nursing practice. Manilla, Tagaytay, Parnaque City, Philippines

Black, J. (2009).  Incontinence associated dermatitis and pressure ulcers: What's the connection? Interprofessional Wound Care Day. Grey Nuns Hospital, Edmonton, Alberta, Canada

Black, J. (2009).  Controlling pressure in pressure ulcers. International Congress of the Mexican Association of Wound Care. Queretaro, MX

Black, J. (2009). Controversies in staging pressure ulcers: comparing the EPUAP and NPUAP systems. International Congress of the Mexican Association of Wound Care. Queretaro, MX

Contreras-Ruiz, J., Lopez, R., Black, J. & Burrows, C. (2009). Controversies in pressure ulcers. International Congress of the Mexican Association of Wound Care. Queretaro, MX

Black, J. (2009). Methods to meet needs in the public policy, research and education areas based on the new pressure ulcer guidelines. Wound Care Across the Ages, ACTWMA, Canberra, Australia

Black, J. (2009).  The power of collaboration in the development of the new International Guidelines for prevention and treatment of pressure ulcers. Wound Care Across the Ages, ACTWMA, Canberra, Australia

Black, J. (2009). Test Item Development and Analysis. Manilla, Philippines

Black, J. (2009). Clinical Education. Manilla, Philippines

Black, J. (2009). Physiological integrity, safety, security and privacy in nursing practice. Manilla, Cagayon de Oro and Davao, Philippines

Black, J. (2009). Physiological integrity, safety, security and privacy in nursing practice. Manilla and Cebu, Philippines

Black, J. (2009). Test Item Development and Analysis. Manilla, Philippines

Black, J. (2008). Deep tissue injury: Does it exist? European Pressure Ulcer Conference, Bruges Belgium

Edwards, C, Cuddigan, J & Black, J. (2008).  Bacteria in skin folds. World Union of Wound Healing Societies, Toronto, Canada

Black, J. (2008). Deep tissue injury: do we have enough evidence? World Union of Wound Healing Societies, Toronto, Canada

Black, J. (2008). Nursing issues with plastic and reconstructive repairs. World Union of Wound Healing Societies, Toronto, Canada

Black, J. (2008). The updated NPUAP staging system: clinical implications and challenges. World Union of Wound Healing Societies, Toronto, Canada

Black, J. (2008, Jan). Pressure ulcer prevention and treatment. Registered Nurses of Ontario Wound Healing Program, Ontario Canada

Black, J. (2007, Aug). State of the Science of Deep Tissue Injury. European Pressure Ulcer Advisory Panel Meeting, Oxford, England

Black, J. (2007, July). Practicing from an evidence base.  Outcomes and Practices in Nursing Care. Dagupan, Philippines.

Black, J. (2007, July). Cornerstones of nursing practice: oral care, skin care and pain control. Outcomes and Practices in Nursing Care. Dagupan, Philippines.

Black, J. (2007, July). Building an error free hospital environment. Outcomes and Practices in Nursing Care. Dagupan, Philippines.

Black, J. (2007, July). Practicing from an evidence base.  Outcomes and Practices in Nursing Care. Baguio City, Philippines.

Black, J. (2007, July). Cornerstones of nursing practice: oral care, skin care and pain control. Outcomes and Practices in Nursing Care. Baguio City, Philippines.

Black, J. (2007, July). Building an error free hospital environment. Outcomes and Practices in Nursing Care. Manilla, Philippines.

Black, J. (2007, July). Practicing from an evidence base.  Outcomes and Practices in Nursing Care. Manilla, Philippines.

Black, J. (2007, July). Cornerstones of nursing practice: oral care, skin care and pain control. Outcomes and Practices in Nursing Care. Manilla, Philippines.

Black, J. (2007, July). Building an error free hospital environment. Outcomes and Practices in Nursing Care. Manilla, Philippines.

Black, J. (2006, June). Assisting Student Learning and Measuring Outcomes Using Simulation. Learner-Centered Clinical Instruction in Nursing Education Al-Zaytoonah University of Jordan Amman, Jordan

Black, J. (2006, June). Testing and Measurement of Outcomes Learner Centered Clinical Instruction in Nursing Education Al-Zaytoonah University of Jordan Amman, Jordan

Black, J. (2006, June). Ethical and Legal Issues in Undergraduate Nursing Education. Learner-Centered Clinical Instruction in Nursing Education Al-Zaytoonah University of Jordan Amman, Jordan

Black, J. (2006, June). Clinical Instruction. Learner-Centered Clinical Instruction in Nursing Education Al-Zaytoonah University of Jordan Amman, Jordan

Black, J. (2006, June). Achieving Competencies in Undergraduate Nursing Education. Learner-Centered Clinical Instruction in Nursing Education Al-Zaytoonah University of Jordan Amman, Jordan

Black, J. (2006, April). Is Grade 1 damage relevant? Tissue Viability Society Meeting. Birmingham, England

Black, Joyce, 03/27/2021 –19

Black, J. (2004, July). Support Surfaces for pressure ulcer healing. World Congress on Wound Healing, Paris, France

Black, J. (2001, May). Preparing your defense. ASPSN Canadian Convention, Toronto Canada

Black, J. (1995, Oct.).  Introduction to Plastic Surgical Nursing.   National ASPRSN Convention, Montreal, Quebec.

Black, J. (1995, Oct).  Radiation injuries. ASPRSN National Convention, Montreal Canada

**Regional**

Black, J. (2019). Is this a pressure injury? And how would you know? Webinar for New Jersey Hospital Innovation and Improvement Network.

Cheatle, K. & Black J. (2019). Avoiding Legal Pitfalls of Electronic Documentation. South Central Region of the WOCN Society Annual Conference, Allen TX

Cheatle, K. & Black J. (2019). When you are the Defendant. South Central Region of the WOCN Society Annual Conference, Allen TX

Cheatle, K & Black J. (2019). Legal Issues in Wound Care. South Central Region of the WOCN Society Annual Conference, Allen TX

Black J. (2019). Update on Deep Tissue Pressure Injury.  South Central Region of the WOCN Society Annual Conference, Allen TX

Black J. (2019). Using critical thinking in dressing selection. South Central Region of the WOCN Society Annual Conference, Allen TX

Black J. (2019). Skin failure: A disease or a risk factor for pressure injury? Chicago Area Affiliate of WOCN. Chicago, IL

Black J. (2019). Management of Pressure Injury related to Medical Devices. Heel on Beale 2. Memphis Area WOCN meeting.

Black J. & Cheatle K. (2019). Legal Issues for the WOC Professional. Heel on Beale 2. Memphis Area WOCN meeting.

Black J. & Cheatle, K. (2019). Developing expertise as a Legal Nurse Consultant. Heel on Beale 2. Memphis Area WOCN meeting.

Black J. (2019). Support Surface Standards. Heel on Beale 2. Memphis Area WOCN meeting.

Black J. (2019). Root cause analysis of deep tissue pressure injury. Heel on Beale 2. Memphis Area WOCN meeting.

Black, J. (2019). Detecting pressure injury in darkly pigmented skin. Webinar for Hospital Innovation and Improvement Network of New England

Black, J. (2019). Prevention of pressure injury on the heels. Webinar for Kaiser Permanente Hospital System

Black, J. (2019). Pressure injury prevention in hospitals: What does it take? Webinar for Vizient Hospital Innovation and Improvement Network.

Black, J. (2019) Pressure injury prevention and treatment. Improving Wound Care 2019, Buffalo NY
  Black, J. (2019) Pearls in pressure injury staging. Improving Wound Care 2019, Buffalo NY

Cheatle K. & Black J. (2019) Legal risk for wound nurses. Nebraska Affiliate of WOCN, Omaha NE

Black, J. (2019). Minding the Gap. 2nd Annual Nursing Science at the Bedside. Houston TX

Black, J. (2019). Deep Tissue Injury: A Dangerous Form of Pressure Injury. Grand rounds, MD Anderson, Houston TX

Black, J. (2019). Show Me Tissue Distortion and I'll Show You Shear & Friction. Long-Term Care Nursing Symposium, Geneva WI

Black, J. (2019). Legal implications for wound care providers in long term care. Long-Term Care Nursing Symposium, Geneva WI

Black J. (2018). When and Where did this Pressure Ulcer/ Injury Start and Was it Avoidable? FOCUS Conference for Wisconsin DHS inspectors and long-term care providers. Madison, WI

Black J. (2018).  Diagnosis and treatment of Deep Tissue Pressure Injury. Mideast Regional WOCN conference, Morgantown, WV

Black J. (2018). Legal issues for the WOC nurse practice. Mideast Regional WOCN conference, Morgantown, WV

Black, J. Pressure injury prevention. Quality Improvement Organization of New York, Albany NY

Black, J. (2018). <u>Pressure injury prevention</u>. NE Regional meeting of the WOCN, Buffalo, NY

Black, J. <u>Root cause analysis of pressure injury</u>. Idaho Pressure Ulcer Prevention Coalition. Boise, ID

Black J. (2018). <u>Root Cause Analysis</u>. Pacific Regional WOCN Meeting, Lake Tahoe NV

Black J. (2018). <u>Implementing Progressive Mobility</u>. 7th Annual NAPHE's Wound Care Institute: Advancing Evidence-Based Guidelines, Branson MO

Black J. (2018). <u>Products Used to Manage Pressure Ulcer Related to Medical Devices</u>. 7th Annual NAPHE's Wound Care Institute: Advancing Evidence-Based Guidelines, Branson MO

Black J. (2018). <u>Why Won't This Wound Heal? The ABC's</u>. 7th Annual NAPHE's Wound Care Institute: Advancing Evidence-Based Guidelines, Branson MO

Cheatle, K Black J. (2018). <u>Avoiding Legal Pitfalls of Electronic Documentation</u>. 7th Annual NAPHE's Wound Care Institute: Advancing Evidence-Based Guidelines, Branson MO

Black J. (2018). <u>Root Cause Analysis: The Anatomy of Pressure Injury</u>. 7th Annual NAPHE's Wound Care Institute: Advancing Evidence-Based Guidelines, Branson MO

Cheatle, K Black J. (2018). <u>Legal Issues in Wound Care</u>. 7th Annual NAPHE's Wound Care Institute: Advancing Evidence-Based Guidelines, Branson MO

Black, J. (2017). <u>Root Cause Analysis to determine if the Pressure Injury was Avoidable or Unavoidable.</u> FOCUS Conference for Wisconsin DHS inspectors and long-term care providers. Madison, WI

Black, J. (2017). <u>Anatomy of a Pressure Injury Prevention Program</u>. Pressure Ulcer Prevention Program, Boise ID

Black, J. (2017). <u>The Updated NPUAP Pressure Injury Staging System</u>. Wyo-Braska Wound Care Conference, Scottsbluff NE

Black, J. (2017). <u>The Updated NPUAP Pressure Injury Staging System</u>. Stepping Stones to Excellence in Wound Care. Richmond VA

Black, J. (2017). <u>Are All Pressure Injury really just Deep Tissue Pressure Injury</u>? Stepping stones to Excellence in Wound Care. Richmond VA

Black, J. (2017). <u>Preventive Dressings: Discover the Evidence.</u> MidAmerican Wound Healing Society, Wichita KS

Black, J. (2017). <u>Is it Moisture Associated Skin Damage or Is It a Stage 2</u>? MidAmerican Wound Healing Society, Wichita KS

Black, J. (2017). <u>Legal Considerations: It's not Just About Documentation Anymore</u>. MidAmerican Wound Healing Society, Wichita KS

Black, J. (2017). <u>The Latest Pressure Injury Staging System – Just the Facts Ma'am</u>. MidAmerican Wound Healing Society, Wichita KS

Black. J. (2017). <u>The 2016 NPUAP Staging System</u>. Webinar for the Great 8 QIO.
Black, J. (2017). <u>Putting the Pieces Together for Practice</u>. NAPHE Wound Conference, Branson, MO

Black, J. (2017). <u>Dressings to Prevent Medical Device Injury</u>. NAPHE Wound Conference, Branson, MO

Black, J. (2017). <u>Leg Wounds</u>. NAPHE Wound Conference, Branson, MO

Black, J. & Hotaling, T. (2017). <u>Palliative Care Wounds</u>. NAPHE Wound Conference, Branson, MO

Black, J. (2017). <u>The 2016 NPUAP Staging System</u>. NAPHE Wound Conference, Branson, MO
Cheatle K & Black, J. (2017). <u>Developing Expertise as a Legal Nurse Consultant</u>. NAPHE Wound Conference, Branson, MO

Black, J. (2017). Deep Tissue Pressure Injury. California Region of WOCN, Newport Beach CA

Black J. (2016). <u>The 2016 NPUAP Staging System</u>. FOCUS Conference for Wisconsin DHS inspectors and long-term care providers. Madison, WI

Black, J. (2016). <u>The 2016 NPUAP Staging System</u>. Wentworth Hospital Wound Healing Program. Wentworth, New Hampshire

Black, J. (2016). <u>Pressure ulcer prevention and treatment, diabetic foot ulcers, venous leg ulcers, arterial ulcers, incontinence associated dermatitis, intertriginous dermatitis and skin tears.</u> Nebraska Long Term Care Association, La Vista NE

Black, J. (2016). <u>The 2016 NPUAP Staging System</u>. Sharp Memorial Hosp Wound Conference, San Diego, CA

Black, J. (2016). <u>Pressure Injury Prevention in Vulnerable Patients.</u> Cedar-Sinai Wound Conference, Los Angeles, CA

Black J. (2016). The 2016 NPUAP Staging System. New England WOCN Conference, Newport RI

Black J. (2016). The 2016 NPUAP Staging System. Idaho Pressure Ulcer Prevention Coalition. Boise, ID

Black, J, (2016). Deep Tissue Injury. St. Vincent's Wound Healing Conference, Indianapolis, IN

Black, J. (2016). Deep Tissue Injury. California Region of WOCN, Lake Tahoe, CA

Black, J. (2016). Pressure ulcer prevention and treatment, diabetic foot ulcers, venous leg ulcers, arterial ulcers, incontinence associated dermatitis, intertriginous dermatitis and skin tears. Kansas Aging Care Executives, Wichita and Topeka KS

Black, J. (2016). Pressure ulcer prevention and treatment, diabetic foot ulcers, venous leg ulcers, arterial ulcers, incontinence associated dermatitis, intertriginous dermatitis and skin tears. Utica Teaching Day, Utica NY

Black, J. (2016). Future of Wound Care. Wound Care Institute. North Arkansas Wound Care Conference, Branson, MO

Cheatle, K. & Black, J. (2016). Was this pressure ulcer avoidable? Wound Care Institute. North Arkansas Wound Care Conference, Branson, MO

Black, J. (2016). Pressure Ulcer Prevention in Vulnerable Patients. Wound Care Institute. North Arkansas Wound Care Conf Branson, MO

Black, J. (2016). Implementation of the 2014 Pressure Ulcer Guidelines.  Wound Care Institute. North Arkansas Wound Care Conf Branson, MO

Black, J. (2016). Staging Pressure Ulcers. Wound Care Institute. North Arkansas Wound Care Conf Branson, MO

Black, J. (2015). Update on the 2014 Guidelines for Pressure Ulcer Prevention. FOCUS Conference for Wisconsin DHS inspectors and long-term care providers. Madison, WI

Black, J. (2015). Deep Tissue Injury. Phoenix Trauma Symposium, Phoenix AZ

Black, J. (2015). Will this wound heal? Idaho Pressure Ulcer Prevention Coalition. Boise, ID

Black, J. (2015). Update in the Pressure ulcer prevention and treatment Guidelines. Idaho Pressure Ulcer Prevention Coalition. Boise, ID

Black, J. (2015). Pressure ulcer prevention and treatment. Catholic Health East. Albany NY

Black, J. (2015). Best Practice for MD Documentation on Wounds. Webinar for New York Goldstamp Program

Black, J. (2015). Best Practices in Pressure Ulcer Prevention. SW Wound Symposium, Temecula, CA

Black, J. (2015). Pressure Ulcer Boot Camp. Center for Wound Care, Medford, OR

Black, J. (2015). Deep Tissue Injury. Lucille Packard Children's Hospital, Stanford, CA

Black, J. (2015). Was this pressure ulcer avoidable? Wound Care Institute. North Arkansas Wound Care Conference, Branson, MO

Black, J. (2015). Prevention of Heel Ulcers Wound Care Institute. North Arkansas Wound Care Conf Branson, MO

Black, J. (2015). Medical Device Ulcers Wound Care Institute. North Arkansas Wound Care Conf Branson, MO

Black, J. (2015). Biofilms in Pressure Ulcers Wound Care Institute. North Arkansas Wound Care Conf Branson, MO

Black, J. (2015). Advancing Pressure Ulcer Prevention: A System Approach Wound Care Institute. North Arkansas Wound Care Conference Branson, MO

Black, J. (2015). Prevention of Pressure Ulcers in ICU Wound Care Institute. North Arkansas Wound Care Conference Branson, MO

Black, J. (2015) What's new in pressure ulcers? Wisconsin Directors of Nursing Home Conf, Lake Geneva WI

Black, J. (2015) Deep Tissue Injury: State of the Science. February in Phoenix Trauma Symposium. Phoenix, AZ

Black, J. (2014). Is this a pressure ulcer or IAD or something else? FOCUS Conference for Wisconsin DHS inspectors and long-term care providers. Madison, WI

Black, J. (2104). Pressure ulcer prevention. Webinar for New York State Hospital Association.

Black, J. (2014). Where do support surfaces fit in pressure ulcer prevention? Pressure Ulcer Prevention Coalition: Pressure Ulcer Prevention and Treatment. Boise ID

Black, J. (2014). Deep tissue injury: State of the Science. 11th Annual Cutting-Edge Wound Care Symposium, Cleveland, OH

Black, J. (2014). Deep tissue injury: State of the Science. Webinar for Massachusetts Health Care.

Black, J. (2014). What's new in pressure ulcers: Science and Practice? Nebraska Nursing Home Administrators and       Inspectors Annual Conference, La Vista NE

Black, J. (2014) What's new in pressure ulcers: Science and Practice. Texas WOCN Fall Symp, Fort Worth, TX

Black, J. (2014) What's new in pressure ulcers: Science and Practice. Mid Atlantic WOCN Fall Symp, Norfolk, VA

Black, J. (2014). Working with a Trial Lawyer: An Expert Witness' Perspective. Medicine for Lawyers, Nebraska Association of Trial Attorneys

Black, J. (2014). What are the new best products for pressure ulcers? Wound Care Institute. Branson, MO

Black, J. (2014). What's New in Pressure Ulcer Science and Practice? Wound Care Institute. Branson, MO

Black, J. (2014). What's New in Pressure Ulcer Science and Practice? Catholic Health East, Albany NY

Black, J. (2013). Deep Tissue Injury and Turning and Repositioning. FOCUS Conference for Wisconsin DHS inspectors and long-term care providers. Madison, WI

Black, J. (2013). Creating a new culture of care to ensure effective wound outcomes. Chronic Wound Conference, Allegheny General Hospital, Pittsburgh, PA

Black, J. (2013). Pressure ulcer documentation: Telling a complete, accurate and legally defensible story. Chronic Wound Conference, Allegheny General Hospital, Pittsburgh, PA

Black, J. (2013). Pressure ulcers or Incontinence Associated Dermatitis – Which is it? Atlantic Health System Wound Conference, Newark NJ

Black, J. (2013). Pressure Ulcers from Medical Devices – An Epidemic. Atlantic Health System Wound Conference, Newark, NJ

Black, J. (2013). Pressure ulcers: What's on the horizon? Mideast Regional WOCN Conference. Charleston, WV

Black, J. (2013) Deep Tissue Injury: State of the Science. Northeast Regional Conference of WOCN. Rochester, NY

Black, J. (2013) Deep Tissue Injury: State of the Science and Skin Tears. Southern Florida Vascular and Wound Healing Symposium, Miami, FL

Black, J. (2013). Pressure ulcer prevention and treatment. Catholic Health East. Philadelphia, PA

Black, J. (2013). What is new in pressure ulcer science and practice? Partners in Wound Healing, MidAmerica   Wound Healing Society, Wichita, KS

Black, J. (2013). What is new in pressure ulcers? Parading through the Pacific Coast Region. Pacific Coast WOCN, Pasadena CA

Black, J. (2013). Pressure ulcer documentation: Telling a complete, accurate and legally defensible story. New York Gold Stamp Program, Albany NY

Black, J. (2012). Heel pressure ulcers: Facts and Fiction. FOCUS Conference for Wisconsin DHS inspectors and long-term care providers. Madison, WI

Black, J. (2012). Deep tissue injury. Owensboro Wound Healing Conference, Owensboro, KY

Black, J. (2012). Adding a layer of protection. Reducing the risk of surgical site infection and pressure ulcers with dressings. 2012 Sanford Skin and Wound Care Conference, Fargo, ND

Black, J. (2012). What is new in pressure ulcers? Northern Illinois Affiliate of WOCN, Chicago, IL

Black, J. (2012). After the Never Event. Utica Wound Symposium, Utica NY

Black, J. (2012). Pressure Ulcer Treatment: Implementing the Guidelines. Utica Wound Care Symposium, Utica NY

Black, J. (2012). Pressure Ulcer Prevention: Implementing the Guidelines. Utica Wound Care Symposium, Utica   NY

Black, J. (2011). The Newest Concepts in Pressure Ulcer Prevention and Treatment. Pressure Ulcer Prevention Coalition; Pressure Ulcer Prevention and Treatment.  Boise ID

Black, J. (2011). Deep Tissue Injury. SWIM Conference of the VA. Sioux Falls, SD

Black, J. (2011). Are Pressure Ulcers Avoidable? SWIM Conference of the VA. Sioux Falls, SD

Black, J. (2011). Deep Tissue Injury. Ohio Valley Region WOCN, Louisville, KY

Black, J. (2011). Economics of pressure ulcers. Rocky Mountain Region of WOCN, Salt Lake City, UT

Black, J. (2011). <u>Are All Pressure Ulcers Avoidable</u>? Southeast Region of WOCN. Chattanooga, TN
Black, J. (2011). <u>Pressure ulcer prevention and treatment</u>. New York Quality Improvement Organization, NY
Black, J. (2011). <u>Advances in Clinical management of pressure ulcers</u>. 18th Annual Wound Symposium. Wesley Health Care Center, Saratoga Springs, NY
Black, J. (2011). <u>Advances in the Science of pressure ulcers.</u> 18th Annual Wound Symposium. Wesley Health Care Center, Saratoga Springs, NY
Black, J. (2011). <u>Pressure ulcers and public policy</u>. 18th Annual Wound Symposium. Wesley Health Care Center, Saratoga Springs, NY
Black, J. (2011). <u>Clinical and practice advancements in pressure ulcers</u>. Wichita Wound Conference. Wichita KS
Black, J. (2010). <u>Keynote: The Newest Concepts in Pressure Ulcer Science and Practice</u>. Sutter Health Systems, Oakland, CA
Black, J. (2010). <u>The new NPUAP/EPUAP Pressure Ulcer Guidelines: Look Great on Paper!  Now, How Do We Put Them Into Practice</u>? Chronic Wound Conference, Allegheny General Hospital, Pittsburgh, PA
Black, J. (2010). <u>Pain, pain go away: interventions options to improve quality of life and quality of care</u>. Chronic Wound Conference, Allegheny General Hospital, Pittsburgh, PA
Black, J. (2010). <u>Incontinence Associated Dermatitis</u>. 10th Annual Wound Day, Order of Saint Francis Hospital, Rockford, IL
Black, J. (2010). <u>Deep tissue injury: The State of the Science</u>. 10th Annual Wound Day, Order of Saint Francis Hospital, Rockford, IL
Black, J. (2010). <u>Attributes of clinical researchers: creating a culture of clinical inquiry and creativity</u>. Omaha Methodist Hospital, Omaha, NE
Black, J. (2010). <u>Pressure Ulcers</u>. Idaho Family Practice Physician Conference. Boise, ID
Black, J. (2010). <u>Pressure Ulcer Prevention: Implementation of the new Guidelines</u>. Idaho Falls Annual Wound Care     Conference, Idaho Falls, ID
Black, J. (2010). <u>Cost Effective Pressure Ulcer Prevention</u>. Louisiana State Nursing Home Quality Improvement Organization. Baton Rouge, LA
Black, J. (2009). <u>The New International Pressure Ulcer Guidelines</u>. Idaho Pressure Ulcer Prevention Coalition Meeting, Boise, ID
Black, J. (2009). <u>Overview and Prevention of Pressure Ulcers</u>. WOCN Society of Hawai'i, Honolulu, HI
Black, J. (2009). <u>The New International Pressure Ulcer Prevention and Treatment Guidelines</u>. Wisconsin State Nursing Home Inspectors, FOCUS 2009 Conference, Wisconsin Dells, WI
Black, J. (2009).  <u>Pressure Ulcers on the Heels</u>. Wisconsin State Nursing Home Inspectors, FOCUS 2009 Conference, Wisconsin Dells, WI
Black, J. (2009).  <u>Positioning and Repositioning to Prevent Pressure Ulcers</u>. Wisconsin State Nursing Home Inspectors, FOCUS 2009 Conference, Wisconsin Dells, WI
Black, J. (2009). <u>The future of wound care</u>. Outcomes Congress of the Indiana Pressure Ulcer Initiative. Indianapolis, IN
Black, J. (2009, June). <u>Pressure ulcer prevention and treatment</u>. Tennessee Health Care Association, Nashville TN
Black, J. (2009, May).  <u>Promoting Wound healing using innovative ideas with complex wounds.</u> Meeting the Challenge of the Changing World in Wound, Ostomy and Continence Care. Sanford Medical Center, Sioux Falls, SD
Black, J. (2009, Mar). Preventing Heel Ulcers. 14th Annual Wound Care Symposium, Springfield, IL
Black, J. (2009, Mar). <u>Where does deep tissue injury fit? Re-examining the staging system</u>. 14th Annual Wound Care Symposium, Springfield, IL
Black, J.  (2008, Nov) <u>Pressure Ulcer Treatment</u>. 10th Annual Skin and Wound Care Conference, Sharp Medical Center, San Diego, CA
Black, J. (2008 Nov). <u>The Complex/Critically Ill Patient: Skin Care Issues</u>.  Idaho Pressure Ulcer Prevention Coalition Meeting, Boise, ID
Black, J. (2008, Oct). Ready to Foot the Bill? Pressure Ulcer Intervention: A Focus on Prevention. <u> Fifth Annual Chronic Wound Conference</u>, Pittsburgh, PA

Black, Joyce, 03/27/2021 –24

Black, J. (2008, Oct). Update on the pressure ulcer staging system including DTI: the domino effect of implications.  Fifth Annual Chronic Wound Conference, Pittsburgh, PA

Black, J. (2008, Sept). NPUAP Staging Guidelines and Deep Tissue Injury- Implications for the WOC Nurse. South Central WOCN Regional Conference, Oklahoma City, OK

Black, J. (2008, June). Pressure ulcer prevention and treatment. Tennessee Health Care Association, Knoxville, Nashville and Memphis, TN

Black, J. (2008, May).  Test item development and analysis. Bellarmine University, Louisville, KY

Black, J. (2008, April). Legal aspects of wound care for physical therapists. Nebraska Physical Therapy Association, North Platte, NE

Black, J. (2008, April). Monitoring healing. Nebraska Physical Therapy Association, North Platte, NE

Black, J. (2008, March). Pressure ulcer staging, prevention and treatment. Nebraska Nursing Home Coalition. York, NE

Black, J. (2007, Nov). Matching Pressure Ulcer Prevention to Needs Every Time.  Pressure Ulcer Prevention Coalition. Boise, ID

Black, J. (2007, Oct). Pressure Ulcers: Avoidable or Unavoidable? Best Practice for Pressure Ulcer Prevention and Management. Borgess Medical Center, Kalamazoo, MI

Black, J. (2007, Oct). Differentiating Between Pressure Ulcers and Incontinence Dermatitis. Best Practice for Pressure Ulcer Prevention and Management. Borgess Medical Center, Kalamazoo, MI

Black, J. (2007, Oct). Heel Pressure Ulcers. Best Practice for Pressure Ulcer Prevention and Management. Borgess Medical Center, Kalamazoo, MI

Black, J. (2007, Oct). The New NPUAP Staging System: Evolution of a Pressure Ulcer. Best Practice for Pressure Ulcer Prevention and Management. Borgess Medical Center, Kalamazoo, MI

Black, J. (2007, Oct). Implications of the Updated NPUAP Staging System. Northeast Regional WOCN. Boxborough, MA

Black, J. (2007, Sept). Implications of the Updated NPUAP Staging System. SE Regional WOCN. Greenville, SC

Black, J. (2007, Sept). Practical Aspects of Palliative Wound Care. Nebraska Medical Center and NPUAP: Pressure Ulcer Care with Distinction: Sharing Our Successes. Omaha, NE

Black, J. (2007, Sept). Heel Ulcers. Nebraska Medical Center and NPUAP: Pressure Ulcer Care with Distinction: Sharing Our Successes. Omaha, NE

Black, J., Black, S., Eastman, S & Berke, C. (2007, Sept). Pressure Ulcer Treatment: An Interactive Case Study Approach. Nebraska Medical Center and NPUAP: Pressure Ulcer Care with Distinction: Sharing Our Successes. Omaha, NE

Black, J. & Gray, M. (2007, Sept). Differential Diagnosis: Is This a Pressure Ulcer or ??? Nebraska Medical Center and NPUAP: Pressure Ulcer Care with Distinction: Sharing Our Successes. Omaha, NE

Black, J. (2007, Sept). The New NPUAP Staging System. Nebraska Medical Center and NPUAP: Pressure Ulcer Care with Distinction: Sharing Our Successes. Omaha, NE

Black, J. (2007, Sept). Deep Tissue Injury. 8th Annual Iowa Affiliate WOCN Nursing Conference, Des Moines, IA

Black, J. (2007, Mar). Saving the skin. AACN Linkages Conference, Rochester, NY

Black, J. (2006, Dec). Wound care. Florida Hospices and Palliative Care Program. Orlando, FL

Black, J. (2006. Sept). Deep Tissue Injury vs Pressure Ulcer — Which Is It? NHCA/NALA Annual Convention. Lincoln, NE

Black, J. (2006, Sept). Deep Tissue Injury. Texas Regional WOCN Meeting, Fort Worth, Tx

Black, J. (2006, Mar). How Would Your Documentation Stand Up in Court? .Sharing Our Best. Beatrice Development Center Conference, Beatrice NE

Black, J. (2006, Mar). Deep tissue injury: A new type of pressure ulcer. Managing Skin: Challenges of Wound Care. ET Associates of Upstate NY, Utica NY

Black, J. (2006, Mar). Pressure ulcers on the heels: A recurring problem. Managing Skin: Challenges of Wound Care. ET Associates of Upstate NY, Utica NY

Black, J. (2006, Mar). Litigation in pressure ulcer cases. Managing Skin: Challenges of Wound Care. ET Associates of Upstate NY, Utica NY

Black, J. (2006, Feb). Deep tissue injuries. New Jersey Health Care Consortium, Newark, NJ

Black, Joyce, 03/27/2021 –25

Black, J. (2005, Nov). Overcoming Challenges of Caring for Bariatric Patients in Long Term Care. Gerontology Conference, St. Luke's Hospital, Sioux City, IA

Black, J. (2005, Oct). What is new in pressure ulcers? Deep tissue injury and bariatric skin problems. Midwest American Association of Medical Auditors Society. Council Bluffs, IA

Black, J. (2005, April). Challenging wound healing and prevention. 10th Annual Wound Care Symposium Memorial Medical Center, Springfield, IL

Black, J. (2005, April). Clinical and legal perspectives for the pressure ulcer patient. 10th Annual Wound Care Symposium Memorial Medical Center, Springfield, IL

Black, J. (2004, Mar). Preparing for your defense. North Bend Hospital, North Bend, NE

Black, J. (2003, Oct). Wound diagnosis: is this wound a pressure ulcer and how do you know? Best Practice for Pressure Ulcer Assessment and Treatment.  Mercy Medical Center, Des Moines, IA

Black, J, (2003, Oct). Tissue Load Management. Best Practice for Pressure Ulcer Assessment and Treatment.  Mercy Medical Center, Des Moines, IA

Black, J. (2003, Oct). Heel pressure ulcers.  Best Practice for Pressure Ulcer Assessment and Treatment. Mercy Medical Center, Des Moines, IA

Black, J. (2003, Oct). Documentation: Are We Telling the Right Story? Best Practice for Pressure Ulcer Assessment and Treatment.  Mercy Medical Center, Des Moines, IA

Black, J. D. (2003, Oct). Deep Tissue Injury: What Lies Beneath? Clinical Symposium on Advances in Skin and Wound Care, Chicago, IL

Black, J., Lyder, C. & Langemo, D. (2003, October). Minimize Litigation in Pressure Ulcer Care. Clinical Symposium on Advances in Skin and Wound Care, Chicago, IL

Black, J. (2003, October). Preparing for your Defense. Midwest American Association of Medical Auditors Society. Council Bluffs, IA

Black, J. (2003, Oct). Preparing for your defense. Columbus Regional Hospital, Columbus, NE

Cuddigan, J. & Black, J.  (2002, Oct).  Not all pressure ulcers are avoidable: The Great Debate. WOCN conference, St.  Louis, MO

Black, J.  (2002, Oct). How the legal community defines avoidable pressure ulcers.  WOCN conference, St.  Louis, MO

Black, J.  (2002, July). Documenting defensively.  Madonna Rehabilitation Center, Lincoln, NE

Black, J. (2002, Mar). Wound care in the home. Home Health Care Nursing Conference, St. Luke's Hospital, Sioux City, IA

Black, J. (June 2001). Legal issues in wound care documentation and care. Paper presented to the Nebraska Chapter of the Wound, Ostomy and Continence Nurses, York, NE

Cuddigan, J. & Black, J.  (2001, May).  Not all pressure ulcers are avoidable: The Great Debate. WOCN conference, Des Moines, IA

Black, J.  (2001, May) How the legal community defines avoidable pressure ulcers.  WOCN conference, Des Moines, IA

Black, J. (April, 2000). Dilemmas in wound care.  Home Health Care Nursing Conference, St. Luke's Hospital, Sioux City, IA

Black, J. (1997, June).  Preparing for the Certification Exam.  ASPRSN Midwest Reg Meeting, Indianapolis, IN,

Black, J. (1997, Apr.).  Introduction to Plastic Surgical Nursing.   ASPRSN Northeast District Convention, Philadelphia, PA

Black, J. (1997, Mar.).  Introduction to Plastic Surgical Nursing.   ASPRSN Southeast District Convention, Nashville, TN

Black, J. (1996, Aug.).  Introduction to Plastic Surgical Nursing.   ASPRSN Convention, New York, NY .

Black, J. (1996, July).  Introduction to Plastic Surgical Nursing.   ASPRSN Convention, Houston, TX.

Black, J. (1996, May).  Introduction to Plastic Surgical Nursing.   ASPRSN Convention, Palm Springs, CA.

Black, J. (1996, May)   What is new in wound healing? ASPRSN Midwest Regional Meeting, Chicago, IL

Black, J. (1985, January).  Psychosocial Adjustment to Plastic Surgery.  Rocky Mountain Regional Meeting of ASPRSN, Denver, CO.

Black, J. (1982, March). Developing Your Writing Skills.  Western Reg Meeting of ASPRSN, Los Angeles, CA.

Black, Joyce, 03/27/2021 –26

Black, J. (1980, September).  Psychological Adjustments to Plastic Surgery.  Midwest Regional Meeting of ASPRSN, Minneapolis, MN.

Black, J. (1980, April).  Acute Care of the Burn Victim.  Midwest Regional Meeting of the AACN, Rochester, MN.

**Local:**

Black, J. (2021). Deep Tissue Pressure Injury. St Joseph's HealthCare, Ann Arbor Michigan

Black, J. (2020). Skin Failure: A closer look at a complex issue. University of Virginia Medical Center, Charlottesville, VA

Black, J. (2019). Skin health and micronutrition of the skin. Providence Medical Center, Burbank CA

Black, J. (2019). Pressure Injury Prevention in Vulnerable Patients. Nursing Grand Rounds: Lincoln Memorial Hospital, New York City, NY

Black, J. (2019). Deep Tissue Injury: A Dangerous Form of Pressure Ulcers. Grand Rounds: Lincoln Memorial Hospital, New York City, NY

Black, J. (2019). Pressure injury prevention in hospitals: what does it take? Holland Hospital, Holland MI

Black, J. (2019). Test Item Writing and Analysis; A 6-part series. University of Nebraska Medical Center, College   of Nursing.

Black, J. (2019). Deep Tissue Pressure Injury: A Dangerous Form of Pressure Ulcers. Palomar Hospital a Escondido, CA

Black, J. (2019). Pressure injury Prevention: What Does it Take? Sharp Memorial Hospital, San Diego CA

Black, J. (2019). Deep Tissue Pressure Injury: A Dangerous Form of Pressure Ulcers. Loma Linda Medical Center, Loma Linda CA

Black, J. (2019). Pressure injury Prevention: What Does it Take? Grand Rounds, Department of Nursing, Cleveland Clinic, Cleveland OH

Black, J. (2019). Pressure Injury prevention in vulnerable patients. Grand Rounds, Department of Nursing, University of Pennsylvania, Philadelphia PA

Black, J. (2019). Pressure Injury prevention in vulnerable patients. Grand Rounds, Department of Nursing, Einstein Medical Center, Philadelphia PA

Black, J. (2019). Pressure injury prevention in vulnerable patients. Grand Rounds for Nursing. University of Mississippi Medical Center, Jackson, MS

Black, J. (2019). Deep Tissue Pressure Injury: A Dangerous Form of Pressure Ulcers. Grand Rounds, Department of Surgery, University of Mississippi Hospital, Jackson MS

Cheatle, K. & Black, J. (2019, Dec, July, Mar, Jan). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Hotaling, P & Black J. (2019) Pressure injury at end of life. Omaha VA hospital, Omaha, NE

Black, J. (2018). Are all pressure injuries just deep tissue injury? Wound Care Conference, University of Illinois, Urbana Il.

Cheatle, K. & Black, J. (2018, Dec, July, Mar, Jan). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Black, J. (2018). How Do Pressure Injuries Start? 11th Annual Skin, Wound and Ostomy Conference, St Joseph Health, Mission, CA

Black, J. (2018). The Unavoidable Pressure Injury. 11th Annual Skin, Wound and Ostomy Conference, St Joseph Health, Mission, CA

Black, J. (2017). Skin: Preventing Harm and Promoting Health through Incredible Care. Virginia Mason Hospital, Seattle WA

Black J. (2017). Pressure Injury Prevention in ICU. Seton Medical Center, Austin TX

Black, J. Pressure Injury Prevention. Providence Hospital Skin Champion Program, Mission Hills CA

Black, J. Pressure Injury Prevention in Vulnerable Patients. Skin Wound Program Albuquerque, NM

Black, J. Pressure Injury Prevention in Vulnerable Patients. Skin Wound Program Wilmington DE

Cheatle, K. & Black, J. (2017, Dec, July, Mar, Jan). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Black, J. (2017). Best Practices for Preventing Pressure Injury: Starting with How They Develop. Jamaica Hospital Skin Program, Jamaica NY

Black, Joyce, 03/27/2021 –27

Black, J. (2017). Updated Pressure Injury Staging System. Jamaica Hospital Skin Program, Jamaica NY

Black, J. (2016). Staging Pressure Ulcers and Preventing Pressure Ulcers in the Vulnerable Patient, Pomona Valley Hospital, Pomona, CA

Black, J. (2016). Operating Acquired Pressure Ulcers. Nebraska Medicine, Omaha NE

Black, J. (2016). Deep Tissue Pressure Injury: A Dangerous Form of Pressure Ulcers. Grand Rounds. Mary Greeley Hospital, Ames IA

Black, J. (2016). Treatment of Pressure Ulcers, Medical Device Pressure Injury, Pressure Injury in the Operating Room, Deep Tissue Injury, Incontinence Associated Dermatitis. St Joseph Hosp, Ypsilanti MI

Black, J. (2016). Preventing Pressure Injury in Vulnerable Patients. Providence Hospital, Anchorage AK

Black, J. (2016). Preventing Pressure Injury in ICU. Shadybrook Hospital, Rochester NY

Black, J. (2016), The 2016 NPUAP Staging System. Beaumont Hospital, Detroit, MI

Black, J. (2016). Operating Acquired Pressure Ulcers, Deep Tissue Pressure Injury and Medical Device Pressure Injury. University of Iowa Hospitals, Iowa City

Cheatle, K. & Black, J. (2016, Dec, July, Mar, Jan). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Black, J. (2015). Deep Tissue Injury. Jamaica Hospital Skin Program, Jamaica NY

Black, J. (2015). Pressure Ulcer Prevention in Vulnerable Patients. Jamaica Hospital Skin Program, Jamaica NY

Black, J. (2015). Pressure Ulcer Prevention in Vulnerable Patients. Sanford Hospital, Bismarck ND

Black, J. (2015). Deep Tissue Injury. Sanford Hospital, Bismarck ND

Black, J. (2015). Deep Tissue Injury. Skin Care Champions Meeting, Mount Sinai, New York City

Black, J. (2015). Was this pressure ulcer avoidable? Skin Care Champions Meeting, Mount Sinai, New York City

Cheatle, K. & Black, J. (2015, Sept, July, Mar, Jan). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Black, J. (2015) Preventing Pressure Ulcers in Vulnerable Patients. Hendrick Medical Center, Abilene TX

Black, J. (2015) Deep Tissue Injury: A Dangerous Form of Pressure Ulcers. Hendrick Medical Center, Abilene TX

Black, J. (2015) Soft Tissue Infections. Nebraska Practitioners in Infection Control, Omaha NE

Black, J. (2015). Is this open wound a pressure ulcer? Skin Care Champions Meeting, Mount Sinai, New York City

Black, J. (2015). Was this pressure ulcer avoidable? Skin Care Champions Meeting, Mount Sinai, New York City

Cheatle, K. & Black, J. (2014, Dec, Sept, Mar, Jan). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Black, J. Deep Tissue Injury: State of the Science. Kindred Health Care, Tampa, FL

Black, J. (2014). Deep Tissue Injury: State of the Science. Methodist Hospital System, Houston TX

Black, J. (2014). Preventing pressure ulcers in critically ill patients. Univ of Michigan Hospital, Ann Arbor, MI

Black, J. (2013). Skin care issues at end of life. Wound Care for Nurses, Memorial Medical Center, San Jose, CA

Black J. (2013). Deep tissue injury: State of the Science. Wound Care for Nurses, Memorial Med Ctr, San Jose, CA

Black, J. (2013). Pressure Ulcer Prevention, State of the Science of DTI and What's New in Pressure Ulcers A Sutter Health Pressure Ulcer Prevention Program, Modesto, CA

Black, J. (2013). Deep Tissue Injury: State of the Science. University of California; Davis Hospital, Sacramento, CA

Black, J. & Cheatle, K. (2013). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Black, J. (2012). Pressure ulcers: Grand Rounds; Northwestern Medical Center, Chicago, IL

Black, J. (2012). Root Cause Analysis on Pressure Ulcers. Beth Israel Deaconess Medical Center, Boston MA

Black, J. & Cheatle, K. (2012). Evidence Based Fall Prevention. Nebraska Health Systems, Omaha, NE

Black, J. (2012). Staging Pressure Ulcers. Beth Israel Deaconess Medical Center, Boston MA

Black, Joyce, 03/27/2021 –28

Black, J. (2012). <u>Root Cause Analysis</u>. Beth Israel Deaconess Medical Center, Boston MA

Black, J. (2012).  <u>Pressure Ulcer Injury stage III, IV and DTI</u>. California Pacific Medical Center, San Francisco, CA

Black, J. (2012). <u>Got an Idea? Minding the (Evidence) Gap</u>. Methodist Hospital Research Day, Omaha, NE

Black, J. (2012).  <u>Pressure Ulcer Injury stage I, II and DTI</u>. California Pacific Medical Center, San Francisco, CA

Black, J. (2012). <u>Causes of Pressure Ulcers</u>.  Broward County Medical Center, Fort Lauderdale, FL

Black, J. (2012). <u>Implementing the NPUAP-EPUAP Guidelines on Prevention of Pressure Ulcers</u>. Broward County Medical Center, Fort Lauderdale, FL

Black, J. (2012).  <u>Implementing the NPUAP-EPUAP Guidelines on Prevention and Treatment of Pressure Ulcers</u>. St Francis Hospital, Grand Island, NE

Black, J. (2012). <u>Deep Tissue Injury: Grand Rounds</u>. Abilene Medical Center, Abilene TX

Black, J. (2012). <u>Pressure Ulcers: A Costly Never Event</u>. Abilene Medical Center, Abilene TX

Black, J. & Cheatle, K. (2011). After the Never Event. Sigma Theta Tau, Gamma Pi Chapter, Omaha, NE

Black, J. (2011). <u>Pressure ulcer prevention and treatment</u>.  Pressure Ulcer Conference Baylor Medical Center, Grapevine TX

Black, J. (2011). Pressure Ulcer Staging and MASD. Wound care conf. Tulsa Regional Medical Center, Tulsa OK

Black, J. (2011). Changes in pressure ulcer regulation. Wound care conference. Tulsa Regional Medical Center, Tulsa OK

Black, J. (2011). Pressure ulcer treatment. Wound care conference. Tulsa Regional Medical Center, Tulsa OK

Black, J. (2011). <u>Pressure Ulcer Prevention</u>. Pittsburgh Medical Center, Pittsburgh, PA

Black, J. & Black, S. (2011). Surgery and pressure ulcers. UNMC Grand Rounds, Omaha, NE

Black, J. (2011).  <u>Pressure ulcers on the heels: fact or fiction?</u> Skin and wound conference. Lincoln General Hospital, Lincoln, NE

Black, J. (2009). <u>Best Practices for Patient Centered Pressure Ulcer Prevention.</u>  Health Care Foundation for Greater Kansas City, Kansas City, MO

Black, J. (2009). <u>Prevention of Pressure Ulcers</u>. New York Quality Improvement Organization, Long Island NY

Black, J. & Black, S. (2009). <u>Interdisciplinary Approach to Wound Care: Using Every Player on the Team</u>. Dottie Hussain  Distinguished Lectureship, University of Toledo, Toledo, OH

Black, J. & Black, S. (2009). <u>The New International Pressure Ulcer Prevention and Treatment Guidelines</u>. Dottie Hussain  Distinguished Lectureship, University of Toledo, Toledo, OH

Black, J. (2009, June). <u>Pressure Ulcer Prevention and Risk Management</u>. Houston QIO. Houston, TX

Black, J. (2008).  <u>Understanding Implications of the Updated NPUAP Staging System</u>. Best Practice for Pressure Ulcer Prevent and Management: Old Concepts, New Ideas. Laredo Medical Center Laredo, TX

Black, J. (2008).  <u>Risk Assessment: Why, how, how often and what does it mean?</u> Best Practice for Pressure Ulcer Prevent and Management: Old Concepts, New Ideas. Laredo Medical Center Laredo, TX

Black, J., and Langemo, D. (2008).  <u>Special populations at risk for a pressure ulcer: Bariatric, critical care and Palliative care patients</u>. Best Practice for Pressure Ulcer Prevent and Management: Old Concepts, New Ideas. Laredo, TX

Black, J. (2008).  <u>Implications of the CMS coding and funding related to pressure ulcers present on admission, CMS F314 Tag</u>. Best Practice for Pressure Ulcer Prevention and Mgmt: Old Concepts, New Ideas. Laredo, TX

Black, S and Black, J. (2008). <u>Meeting the new PU mandates: The total staff approach to pressure ulcer prevention and treatment</u>. Best Practice for Pressure Ulcer Prevent and Management: Old Concepts, New Ideas. Laredo Medical Center Laredo, TX

Black, S and Black, J. (2008). <u>Pressure ulcer assessment and ulcer management: When to débride, dressings, TIME principles for wound bed preparation</u>. Best Practice for Pressure Ulcer Prevent and Management: Old Concepts, New Ideas. Laredo Medical Center Laredo, TX

Black, Joyce, 03/27/2021 –29

Black. J. (2008). <u>Beds, overlays, and chair cushions: What to use when</u>.  Best Practice for Pressure Ulcer Prevent and Management: Old Concepts, New Ideas. Laredo Medical Center, Laredo, TX

Black, J. & Didier, A. (2008, Oct). <u>Public Policy Putting Pressure on Pressure Ulcers....Are You Ready</u>? District II Nebraska Nurses Association, Omaha NE

Black, J. (2008, Feb). <u>Living with Deformity</u>. Survivors of Head and Neck Cancer Support Group, Omaha, NE

Black, J. (2007, Aug). <u>Pressure Ulcers: Do They Happen in the OR?</u>  Nebraska Medical Center, Omaha, NE

Black, J. (2006, Aug). <u>Deep Tissue Injury</u>. Allegent Wound Care Seminar, Omaha, NE

Black, J. (2006, Mar). <u>Skin and wound infections</u>. Nebraska Infection Control Practitioners Conference, Omaha, NE

Black, S. & Black J. (2005, Oct) <u>Wound healing problems</u>, Nebraska Infection Control Practitioners Conference, Omaha NE

Black, J. & Cuddigan, J. (2005, April). <u>Complex skin problems</u>. Methodist Hospital Research in Practice Conference, Methodist Hospital, Omaha, NE

Black, J.  (2003, March). <u>Documentation Standards.</u>  Consortium of SE Nebraska Hosp, Doane College, Crete. NE

Black, J.  (2003, March).  <u>Chart Smart.</u>  Consortium of Central Nebraska Hospitals, York, NE

Black, J.  (2003, March).  <u>Using the Braden Scale in Acute Care</u>.  Wound Care Conference, Methodist Hospital, Omaha, NE

Black, J.  (2002, March).  <u>Chart Smart: The thinking approach to documentation</u>.  NHS State of the Art Conference. Omaha, NE

Black, J.  (2001, Dec).  <u>Documentation in home health care</u>. Visiting Nurses Association, Omaha NE

Black, J. (2001, May) <u>A voice for nursing</u>. Key note address for the Sigma Theta Tau induction, Omaha NE

Black, J. (2000, Sept). <u>Chart smart</u>. Problems in Wound Care, Presented at Clarkson Hosp, Omaha, NE

Black, J. (2000, Sept). <u>Postoperative care of flaps and grafts</u>. Problems in Wound Care, Clarkson Hosp, Omaha, NE

Black, J. (1999, Sept). <u>Hyperbaric oxygen therapy for wound healing</u>. Wound Care Dilemmas, Presented at Clarkson Hospital, Omaha, NE

Black, J. (1998, September). <u>Chart Smart</u>. Mercy Care Center, Omaha, NE

Black, S. & Black, J. (1996, April). <u>Pressure Ulcer prevention and Management</u>. Nebraska State Nursing Home Inspectors, Lincoln NE

Black, J. (1990, May).  <u>Nursing:  Risky and Rewarding</u>. UNMC Nursing convocation, Omaha, NE.

Black, J. (1989, February).  <u>Nursing Diagnosis</u>.  UNMC, Omaha, NE.

Black, J. (1986, November).  <u>Admission Assessment - Making the Most of a Short Time</u>.  4th Annual NNA Clinical Symposium, Omaha, NE.

Black, J. (1986, February).  <u>Nurse's Role in Antibiotic Therapy</u>. UNMC Cont Education., Omaha, NE

Black, J. (1985, November).  <u>Current Trends in Breast Reconstruction Surgery and Breast Disease</u>.  3rd Annual NNA Clinical Symposium, Omaha, NE.

Black, J. (1985, July).  <u>Nursing Implications for Patients having Cosmetic Surgery Part II</u>.  Clarkson Hospital, Omaha, NE.

Black, J. (1985, June).  <u>Nursing Implications for Patients having Cosmetic Surgery Part I</u>. Clarkson Hospital, Omaha, NE.

Black, J. (1984, October).  <u>Skin Care, Positioning and Transfer of patients with Stroke</u>. North Platte, Grand Island, Norfolk, Lincoln and Omaha, NE, with UNMC Continuing Education.

## COMMUNITY SERVICE/OUTREACH

**Regional**

2016- present        President                    Lord's Lamb Day Care Board of Directors
                                                   Elkhorn NE

Black, Joyce, 03/27/2021 –30

| 2005-2009 | Board Member | College of St. Mary, Graduate Program  Advisory Board |
| 2005-2008 | Board Member | UNMC, Morehead Clinical Practice Center Advisory Board |
| 2002-2004 | President | Elkhorn School Foundation |
| 2001-2002 | President Elect | |
| 1999-2005 | Board Member | |
| 1999-2001 | Treasurer | Elkhorn Community Theatre |
| | Vice President | Elkhorn, NE |
| | Board Member | |
| 2013-2017 | Chairman Education | Lord of Life Lutheran Church, Elkhorn, NE |
| 2008-2011 | Chairman Evangelism | |
| 2004-2005 | | |
| 1999-2003 | Chairman Fellowship | |
| 1996-1998 | Chairman Properties | |
| 1981-1998 | Youth Counselor | |
| 1985-1988 | Treasurer | |
| 1992-1996 | Treasurer | |
| 1991-1992 | Chairman Evangelism | |
| 1984-1988 | President, Ladies Guild | |
| 1981-1984 | Dir. Christian Fellowship | |
| 1995-1997 | Chairman Board Properties | |
| 1989-1993 | Secretary | Omaha West Zone of Lutheran Women's Missionary League |

**Editorial Review Boards**
Journal of Tissue Viability, Advances in Skin and Wound Care, Wound Care International, Wounds International, Journal of Advanced Nursing, International Wound Journal, Journal of Wound, Ostomy and Continence Nursing, British Journal of Nursing.

**JOURNAL SERVICE; WOUNDS INTERNATIONAL; CLINICAL EDITOR**

**PUBLICATIONS**
**BIBLIOGRAPHY:**

**Articles published in scholarly journals:**

Black, J., Johnson, P. & Gorman, D. (1981).  Pre-operative assessment of rhytidectomy patients--the use of Roy's model.  Journal of Plastic and Reconstructive Surgical Nursing, 1, 63-65.

Brown, M., Boosinger, J., Black, J., and Gaspar, T. (1981).  Nursing innovation for the prevention of decubitus ulcers in long term care facilities.  Journal of Plastic and Reconstructive Surgical Nursing, 1, 51-55.

Black, J. (1981).  Dealing with the cancer patient and his pain.  Journal of Plastic and Reconstructive Surgical Nursing, 1, 9-11.

Black, J. & Arnold, P.G. (1982).  Facial fractures.  American Journal of Nursing, 82, 1086-1088.

Brown, M., Boosinger, J., Black, J., Gasper, T. & Sather, L. (1982).  Nursing innovation for the care of dry skin of the feet.  Journal of Gerontological Nursing, 393-395.

Black, J. (1983).  Muscle flaps for chronic osteomyelitis of the lower extremity.  Orthopedic Nursing, 2, 17-21.

Black, J. (1983).  The burn victim.  Occupational Health Nursing, 31, 33-36.

Black, J. (1985).  Nursing process for the craniofacial surgical patient.  Plastic Surgical Nursing, 5, 14-15.

Brown, M., Boosinger, J., Black, J., & Gaspar, T.  (1985, reprint).  Nursing innovation for prevention of decubitus ulcers in long-term care facilities.  Plastic Surgical Nursing, 5, 57-64.

Moncada, G., & Black, J.  (1986). Facial fractures.  Plastic Surgical Nursing, 6, 124-125.

Black, J., & Stice, R. C.  (1986). Replantation technique.  Plastic Surgical Nursing, 6, 62-63.

Black, J.  (1986). Planning reconstruction.  Plastic Surgical Nursing, 6, 20.

Black, J., & Black, S. (1987).  Surgical repair of pressure ulcers.  Nursing Clinics of North America, 22(2), 429-438.

Black, J. (1987).  Nursing diagnoses in plastic surgical nursing.  Plastic Surgical Nursing, 7, 4-10.

Eisenbaum, S., & Black, J.  (1988). Melanoma.  Plastic Surgical Nursing, 8(2), 42-47.

Black, J.  (1990). Complications following blepharoplasty.  Plastic Surgical Nursing, 10(4), 51-57.

Black, J., & Mangan, M.  (1991). Body contouring and weight loss surgery for obesity.  Nursing Clinics of North America, 26 (3) 777-788.

Black, J. (1992). Writing for publication: Advice to potential authors. Plastic Surgical Nursing, 12 (4), 155-158.

Black, J. (1994). Surgical management of pressure ulcers. Nursing Clinics of North America 29 (4), 801-808.

Black, J. (1996). Surgical options for wound healing. Critical Care Nursing Clinics of North America 8 (2) 169-182

Troia, C. & Black, J. (1997).  Preventing pressure ulcers: Mosby's Home Health Teaching Guides: Rx for Teaching. K. Martin Ed

Smith, P., Black, J & Black, S. (1999). Infected pressure ulcers in the long-term care facility.  Infection Control and Hospital Epidemiology 20 (5), 358-361

Eastman, S. & Black, J. (1999). Alternatives for surgical wound healing. Nursing Clinics of North America

Black, J. (2000). Preventing those other pressure ulcers. Provider for Long Term Care Professionals 26 (12), 24-25.

Black, J. (2000). Tissue oxygen perfusion and pressure ulcer healing. Plastic Surgical Nursing 20, (1), 10-14.

Clark, L., Black, J, Black, S. (2000). Skin tears. Encyclopedia of Elder Care. Mezey, M. (Ed). Springer Publishing Co. New York. 596-598.

Black, J. & Black, S. (2003). Deep tissue injury. Wounds: A compendium of clinical research and practice 16 (11), 380.

Black, J. (2004). Preventing heel pressure ulcers. Nursing 2004 34 (11), 17

Black, J. & National Pressure Ulcer Advisory Panel (2005). Moving toward consensus on deep tissue injury and pressure ulcer staging. Advances in Skin and Wound Care 18 (8), 415-421.

Michel, M., Dunn, C. Zachry, D., & Black, J. (2005). Anesthesia awareness in surgical patients. Ambulatory Surgery 13 (1), 1-2.

Ankrom, M., Bennett, R., Sprigle, S., Langemo, D. Black, J., Berlowitz, D., Lyder, C. & the National Pressure Ulcer Advisory Panel. (2005). Pressure-related deep tissue injury under intact skin and the current pressure ulcer staging systems.  Advances in Skin and Wound Care, 18 (1), 35-42.

Black, J. (2005). Treating heel pressure ulcers. Nursing 2005 35 (1), 68.

Black, J. (2006). Saving the skin during kinetic bed therapy. Nursing2006 36, 17

Black JM, Baharestani MM, Cuddigan J, Dorner B, Edsberg L, Langemo D, Posthauer ME, Ratliff C, Taler G; National Pressure Ulcer Advisory Panel. (2007) National Pressure Ulcer Advisory Panel's updated pressure ulcer staging system. Adv Skin Wound Care. May; 20(5):269-74.

Cuddigan, J., Ayello, E. & Black, J. (2008). Saving heels in critically ill patients. World Council of Enterostomal Therapy 28 (2), 16-24

Baharestani, M., Black, J. Carville. K. et al (2009). Dilemmas in measuring and using pressure ulcer prevalence and  incidence: an international consensus. International Wound Journal 6 (2), 97-104.

Harding, K. Orstead. H., Baharestani, M. Black, J. et al. (2009). International guidelines: Pressure ulcer prevention: prevalence and incidence in context: A consensus document. London, MEP:Ltd

Black, J., Cuddigan, J., Walko, M. Didier, A., Lander, M. & Kelpe, M. (2010).  Medical device related pressure ulcers in hospitalized patients. International Wound Journal 7 (5) 358–365. doi: 10.1111/j.1742-481X.2010.00699

Clark, M., Romanelli, M., Reger, S., Ranganathan, V., Black, J. & Dealey, C. (2010). Microclimate in context.International Guidelines: Pressure ulcer prevention: pressure, shear, friction and microclimate in context:A consensus document. London: Wounds International

Takahashi, M., Black, J., Dealey, C & Gefen, A. (2010). Pressure in context. International Guidelines: Pressure ulcer prevention: pressure, shear, friction and microclimate in context: A consensus document. London: Wounds International

Black, J., Baharestani, M., Black, S., Cavazos, J., Conner-Kerr, T., Edsberg, L., Peirce, B., Rivera, E., & Schultz, G. (2010). An overview of tissue types in pressure ulcers: A consensus panel recommendation. Ostomy Wound Management 65 (4), 44-56. PMID: 20424291
Langemo, D. & Black, J & the NPUAP. (2010). Pressure Ulcers in Individuals Receiving Palliative Care: An NPUAP White Paper. Advances in Skin and Wound Care, 23 (3) 59-72.

Black, J., Girolami, S., Woodbury, G., Hills, M., Contreras-Ruiz, J., Whitney, J & Bolton, L. (2011). Understanding pressure ulcer research and education needs: a comparison of the Association for the Advancement of Wound Care pressure ulcer guideline evidence levels and content validity scores. J Ostomy Wound Management 57 (11), 22-35.

Colwell, J., Ratliff, C., Goldberg, M., Baharestani, M., Bliss, D., Gray, M., Kennedy-Evans, K., Logan, S. & Black, J. (2011). Periwound and Peristomal Dermatitis:  A Consensus. Journal of the Wound, Ostomy and Continence Nurses 38 (5), 541-555.

Black, J., Gray, M., Bliss, D, Kennedy-Evans, K., Logan, S., Baharestani, M., Colwell, J., Goldberg, M. & Ratliff, C. (2011). Incontinence-Associated Dermatitis and Intertriginous Dermatitis:  A Consensus. Journal of the Wound, Ostomy and Continence Nurses 38 (4), 359-372.

Gray, M., Black, J., Bliss, D, Kennedy-Evans, K., Logan, S., Baharestani, M., Colwell, J., Goldberg, M. & Ratliff, C. (2011).  Moisture Associated Skin Damage:  A Consensus. Journal of the Wound, Ostomy and Continence Nurses 38 (3), 233-241.

Young, D., Estocado, N., Landers, M. & Black, J (2011). A pilot study providing evidence for the validity of a new tool to improve assignment of NPUAP stage to pressure ulcers. Advances in Skin and Wound Care 24 (4), 168-175 doi: 10.1097/01.ASW.0000396304.90710.ea

Megel, M., Black, J., Clark, L., Carstens, P., Jenkins, L., Promes, J., Snelling, M., Zander, K., Bremer, A., Goodman, T & Yurovich, J. (2012). The effect of high-fidelity simulator on nursing student anxiety in the pediatric clinical setting.  Journal of Nursing Simulation 8, e419-e428.

Black, J., Edsberg, L., Baharestani, M., Langemo, D., Goldberg, M., McNichol, L, Cuddigan, J & the National Pressure Ulcer Advisory Panel (2011). Pressure ulcers: Avoidable or Unavoidable? Results of the National Pressure Ulcer Advisory Panel Consensus Conference, Ostomy Wound Management 57 (2), 24-37 PMID: 21350270.

Megel, M., Black, J., Clark, L., Carstens, P., Jenkins, L., Promes, J., Snelling, M., Zander, K, Bremer, A & Goodman, T. (2012). Effect of high-fidelity simulation on pediatric nursing students' anxiety. Clinical simulation in nursing 8, e419-e428.

Black, J., Berke, C & Urzendowski, G. (2012). Pressure ulcer incidence and progression in critically ill subjects: influence of low air loss mattress versus a powered air pressure redistribution mattress. J of Wound, Ostomy and Continence Nurses 39 (3), 267-272. doi: 10.1097/WON.0b013e3182514c50.

Megel, M., Nelson, A., Black, J., Vogel, J. & Uphoff, M. (2013) A comparison of student and faculty perceptions of clinical post-conference learning environment. Nurse Education Today, 33 (5), 525-529.

Dealey C, Brindle CT, Black J, Alves P, Santamaria N, Call E, Clark M. (2013) Challenges in pressure ulcer prevention. Int Wound J. 2013 Jun 20. doi: 10.1111/iwj.12107.

Black, J. (2013). Preventing pressure ulcers occurring on the heel. Wounds International 4 E supplement

Black, J. Alves, P, Brindle, CT, Dealey, C, Santamaria, N, Call, E & Clark, M. (2013) Use of wound dressings to enhance prevention of pressure ulcers from medical devices. International Wound Journal, 2013 Jul 1. doi: 10.1111/iwj.12111

Call, E., Pedersen, J. Bill, B., Black, J., Alves, P., Brindle, CT, Dealey, C., Santamaria, N. & Clark, M. (2013). Enhancing pressure ulcer prevention using wound dressings: What are the modes of action? International Wound Journal, 2013 Jul 30. doi: 10.1111/iwj.12123

Black, J., Fawcett, D. & Scott, S. (2014). Ten Top Tips for preventing pressure ulcers in the surgical patient. Wounds International 5(4), 14-18.

Sussman, G., Swanson, T., Black, J., Cooper, R., Schultz, G., Fletcher, J. & Smith, D. (2014) Ten Top Tips for reducing antibiotic resistance. Wounds International 5 (4), 4-8
Keast, D., Swanson. T., Carville, K., Fletcher, J., Schultz, G., Black J. (2014). Ten Top Tips for understanding and managing wound biofilm. Wounds International 5 (2)

Black, J., Clark, M., Dealey, C., Brindle, CT., Alves, P., Santamaria, N. & Call, E. (2014). Dressings as an adjunct   to pressure ulcer prevention: Consensus Panel Recommendations. International Wound Journal, 2014 Mar 3. doi: 10.1111/iwj.12197

Clark, M., Black, J., Alves, P., Brindle, CT., Call, E., Dealey, C., & Santamaria, N. (2014). Systematic review of the use of prophylactic dressings in the prevention of pressure ulcers. Int Wound Journal, 2014 Jan 29.    doi:10.1111/iwj.12212

Black, J.M. & Hotaling, P.B. (2015) Ten Top Tips: Bariatric skin care. Wounds International 5 (3), 13-17

Black, J.M., Brindle C.T., Honaker, J. Deep tissue injury: diagnosis and differential diagnosis. International Wound Journal, 2016; 13:531–539.

Brindle, CT, Creehan, S, Black, J., & Zimmerman, D. (2015). The VCU Pressure Ulcer Summit: Collaboration to operationalize hospital-acquired pressure ulcer prevention best practice recommendations. J Wound Ostomy and Continence Nurses. 42 94), 331-337.

Black JM. (2015). Pressure ulcer prevention and management: A dire need for good science (Invited Editorial). Annals of Internal Medicine 162 (5), 187-188.

Black JM. Pressure ulcers.  ACP Smart Medicine. http://smartmedicine.acponline.org/content.aspx?gbosId'119.  Updated January 14, 2015. doi 10.7326/d167.

Black, J. & Black, J. (2016) Gun Shot Wounds. Top Ten Tips. Wounds International, 7 (2) pages 16–19

Black, J. & Kalowes, P. (2016). Medical Device Related Pressure Ulcers. Chronic Wound Care Management and Research, 3, Pages 91-99

Black J A paradigm shift: changing the perception of unavoidability. J Wound Care. 2016 Jan;25 (1 Suppl): S3.

Black, J. (2017). A wounds wish list for 2017. Wounds Int, 2017, 8, (1) pages 5–6

Black J. & Cheatle K. (2016) Ten Top Tips: the legalities of pressure ulcers. Wounds Int 7 (3), 11-17

Edsberg LE, Black JM, Goldberg M, McNichol L, Moore L, Sieggreen M. Revised National Pressure Ulcer Advisory Panel Pressure Injury Staging System: Revised Pressure Injury Staging System. J Wound Ostomy Continence Nurs. 2016 Nov/Dec;43(6):585-597.

Young DL, Estocado, N, Feng D & Black J. The development and preliminary validity testing of the Healing Progression Rate Tool, Ostomy Wound Mgmt 2017, 63 (8), 32-44.

Gupta, S. Anderson, C, Black J, de Leon J, Fife, C. et al. Management of chronic wounds: diagnosis, preparation, treatment and follow-up, Wounds, 2017, 29 (9), S19-S36

Hotaling, P & Black J. Pressure injury at end of life. Wounds Int, 9 (1) 2018, 18-21

Black, J. Take three steps forward to prevent pressure injury in medical/surgical patients. Am Nurse Today, 2018, 24-26.

Gefen, A, Santamaria, N, Creehan, S. Black J. (2018). Extrapolation of evidence related to dressings for pressure ulcer prevention may compromise patient safety. Wounds Int 9 (2), 2018,10-17

Black, J, Santamaria, N. Brindle, T, Alves, P, Fletcher, J. Prevention and management of pressure injury/ulcer to the heel. Wounds Int 9 (2), 2018, 10-15

Gefen, A., Santamaria, N, Creehan, S. & Black J. (2018). Patient safety may be compromised if study conclusions are generalized to products that make similar claims but have no equivalent research evidence. J Patient Safety Risk Manage 24. (1), 37-45

Kottner, J., Black, J., Call, E., Gefen, A & Santamaria, N. (2018). Microclimate: A critical review in the context of pressure ulcer prevention. Clinical Biomechanics, 59, 62-70.

Black, J., Santamaria N., Gefen, A., Brindle, CT, Fletcher, J., Alves, P. (2018). Prevention and management of pressure injury to the heel. Wounds Int 9 (2), 43-49.

Black, Joyce, 03/27/2021 –34

Black J. (2018) Using thermography to assess pressure injury in patients with dark skin. Nursing 2018, 48 (9), 60-61

Black J, Salisbury S, Vollman K. (2018). Changing the perceptions of a culture of safety for the patient and the caregiver. Crit Care Nurs Q 41 (3), 226-239

Padula, W, Black, J. Davidson, P, Kang, S, Pronovost P. Adverse Effects of the Medicare PSI-90 hospital penalty system on revenue neutral hospital acquired conditions. J Patient Safety, 2018,

Padula, W & Black J. (2019). The standardized pressure injury prevention protocol for improving nursing compliance with best practice guidelines. J Clin Nurs, 2019, 28 (304), 367-371.

Creehan S, Black J, Santamaria N, Fletcher J, Alves P. (2019). Key to successful hospital acquired pressure injury reduction: Leadership support and engagement. J Hosp Admin 8 (1), 44-49.

Escatado N & Black J. Ten top tips: wound photo documentation. Wounds Intern , 2019 10 (3) 6-10.

Black, J. (2019). Root cause analysis for hospital acquired pressure injury. J Wound Ostomy and Continence Nurs 46 (4), 298-304.

Koerner, S., Adams, D., Harper, S., Black J., & Langemo D. (2019). Use of thermal imaging to identify Deep-Tissue Pressure Injury on admission reduces clinical and financial burdens of hospital-acquired pressure injuries. Adv Skin Wound Care Jul;32(7):312-320

Black, J. , Cuddigan, J. & the members of the National Pressure Injury Advisory Panel Board of Directors.(2020). Skin manifestations with COVID-19: The purple skin and toes that you are seeing may not be deep tissue pressure injury. An NPIAP White Paper. https://npiap.com

Gefen A, Alves  P,  Ciprandi G, Coyer F, Milne C, Ousey K, Ohura N, Waters N, Worsley P, Black J. et al. (2020). An international consensus on device-related pressure ulcers: SECURE prevention Br J Nurs. Mar 12;29(5):S36-S38. doi: 10.12968/bjon.2020.29.5.S36.

Black, J & Berke C. (2020) Deep Tissue Pressure Injury: A clinical perspective regarding a condition that evolves under the skin. Critical Care Nursing Clinics of North America 32 (4), 563-572.

Gefen A., Creehan S., Black J. (2020). Critical biomechanical and clinical insights concerning tissue protection when positioning patients in the operating room: A scoping review. Int Wound J. 2020 Oct;17(5):1405-1423. doi: 10.1111/iwj.13408. Epub 2020 Jun 4.

Black, J., Cuddigan, J., Capasso, V., Cox, J., Delmore, B., Munoz, N., & Pittman, J. on behalf of the National Pressure Injury Advisory Panel (2020). Unavoidable Pressure Injury during COVID-19 Crisis: A Position Paper from the National Pressure Injury Advisory Panel. Available at www.npiap.com

Black J. & Berke C (2020). Ten top tips: managing wound odour. Wounds International 11 (4), 8-11.

Black J. & Simende A. (2020). Ten Top Tips: Assessing Darkly Pigmented Skin Wounds International 11 (3), 8-11.

Hotaling P & Black J. (2021). Ten top tips: honing your pressure injury risk assessment. Wounds International 12 (1), 8-11.

Fourie A, Ahtiala M, Black J, Hevia-Campos H, Coyer F, et al.  (2021 submitted) Skin preservation of the critically ill patient in a prone position: an evidence review and gap-analysis (PRONEtect study). J Tissue Viability

Creehan S & Black J. (2021, in press). Defining practices for avoiding OR-Associated HAPI. J Wound Ostomy Cont Nurs

**Book chapters:**

Kneisl, C., & Black, J.  (1986). Infectious Diseases.  In C. Kneisl, & K. Ames (Ed.), Adult Health Nursing. Menlo  Park, CA:  Addison-Wesley Publishers.

Black, J.  (1986). Burns.  In C. Kneisl & K. Ames. Adult Health Nursing.  Menlo-Park, CA:  Addison-Wesley Publishers.

Black, J., & Sorensen, K.  (1987). Plastic Surgical Nursing.  In J. Luckmann, & K. Sorensen (Eds.), Medical Surgical Nursing (3rd Ed.) (Chapter 71, p. 1640-1666). Philadelphia:  W.B. Saunders Publishers.

Black, J.  (1990). Skin disorders.  In Beare, P., & Myers, J. (Eds.), Principles and Practice of Medical-Surgical Nursing St. Louis:  C. V. Mosby Co.

Black, J.  (1990). Plastic and reconstructive surgery.  In Beare, P., & Myers, J. (Eds.), Principles and Practice of Medical-Surgical Nursing St. Louis:  C. V. Mosby Co.

Krakoff, D. & Black, J. (1993). Structure and Function; Assessment of Clients with Endocrine Disorders of the Pancreas. In Black, J. & Matassarin-Jacobs, E. Luckmann and Sorensen's Medical Surgical Nursing 4th Ed. Philadelphia: W.B. Saunders

Krakoff, D.& Black, J. (1993). Nursing Care of Clients with Endocrine Disorders of the Pancreas. In Black, J. & Matassarin-Jacobs, E. Luckmann and Sorensen's Medical Surgical Nursing 4th Ed. Philadelphia: W.B. Saunders

Black, J. (1993). Nursing Care of Clients with Musculoskeletal Trauma or Overuse. In Black, J. & Matassarin-Jacobs, E. Luckmann and Sorensen's Medical Surgical Nursing 4th Ed. Philadelphia: W.B. Saunders

Black, J. (1993). Nursing Care of Clients with Loss of Protective Function. In Black, J. & Matassarin-Jacobs, E.  Luckmann and Sorensen's Medical Surgical Nursing 4th Ed. Philadelphia: W.B. Saunders

Black, J. & Dennison, P. (1993). Nursing Care of Clients with Peripheral Vascular Disorders. In Black, J. & Matassarin-Jacobs, E. Luckmann and Sorensen's Medical Surgical Nursing 4th Ed. Philadelphia: W.B. Saunders

Black, J. & Black, S. (1994). Pressure Ulcers. In Infection Control in Long-Term Care Facilities. P. Smith, Ed. Albany, NY: Delmar Publishers

Black, J. (1997). Theories of Health and Illness. In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 18-38

Black, J. (1997). Acute care. In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 120-134.

Black, J. (1997). Wound Healing. In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 426-448.

Black, J. (1997). Ear disorders. In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 980-1018

Black, J. (1997). Structure and Function of the Respiratory System.  In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 1021-1034

Black, J. (1997). Structure and Function of the Cardiovascular System.  In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 1369- 1376.

Black, J. (1997). Structure and Function of the Musculoskeletal System.  In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 2073-2082.

Black, J. (1997).  Nursing Care of Clients with Musculoskeletal Trauma or Overuse.  In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 2129-2170

Nicol, N.H. & Black, J. (1997). Structure and Function of the Integumentary System. In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 2173-2179

Black, J. (1997). Nursing Care of Clients Undergoing Plastic Surgery.  In Black, J. & Matassarin-Jacobs, E. Medical Surgical Nursing 5th Ed. Philadelphia: W.B. Saunders, 2267-2290

Black, J. & Prin, J. (2000) Plastic and reconstructive surgery. In Burden, N. Quinn, D., O'Brien, D & Dawes, B. Ambulatory Surgical Nursing, 2nd Ed. Philadelphia: W. B Saunders, pages 721-739.

Black, J. (2001). Management of clients with autoimmune disease. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 2140-2182.

Black, J. (2001). Anatomy and physiology review: the hematopoietic system. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 2072-2088

Black, J. (2001). Anatomy and physiology review: the neurologic system. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 1856-1873

Black, J. (2001). Management of clients with acute pulmonary disorders. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 1746-1776.

Nicol, N. & Black, J. (2001). Management of clients with integumentary disorders. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 1279-1360.

Nicol. N. & Black, J. (2001). Anatomy and physiology review: the integumentary system. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 1262-1266

Porta, D. & Black, J. (2001). Anatomy and physiology review: the musculoskeletal system. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 530-537.

Black, J. (2001). Clients with wounds: Promoting positive outcomes. In Black, J., Hawks, J. Keene, A. Medical Surgical Nursing: Clinical Management for Positive Outcomes. W.B. Saunders. Philadelphia, PA, 315-334.

Black, J. & Black, S. (2003). Complex wounds. In Wound Care Essentials Ed: S. Baranoski & E. Ayello Philadelphia: Lippincott Publishers, pgs. 368-380

Black, J. (2005). Management of clients with degenerative neurological disorders. In Black, J. & Hawks, J. (2005).  Medical Surgical Nursing: Clinical Management for Positive Outcomes 7th Ed, Elsevier Publishers, Philadelphia, PA, 2161-2188.

Black, J. (2005). Management of clients with vascular disorders. In Black, J. & Hawks, J. (2005). Medical Surgical   Nursing: Clinical Management for Positive Outcomes 7th Ed, Elsevier Publishers, Philadelphia, PA, 1509-1547.

Nicol. N.H. & Black, J. (2005). Management of clients with integumentary disorders. In Black, J. & Hawks, J. (2005). Medical Surgical Nursing: Clinical Management for Positive Outcomes 7th Ed, Elsevier Publishers, Philadelphia, PA, 1389-1432.

Black, J. (2005). Clients with wounds. In Black, J. & Hawks, J. (2005). Medical Surgical Nursing: Clinical Management for Positive Outcomes 7th Ed, Elsevier Publishers, Philadelphia, PA, 397-416.

Black, J. & Black, S. (2006). The role of surgery in wound healing. In R. Bryant & D. Nix Acute and Chronic Wounds 3rd Ed., St. Louis: Mosby/Elsevier Publishers, 461-470

Black, J. & Black, S. (2008). Surgical wounds, tubes and drains. In Wound Care Essentials, 2nd Edition Ed: S. Baranoski & E. Ayello Philadelphia: Lippincott Publishers, 373-390.

Black, J. (2009). Health assessment. In Black, & Hawks, J., Ed Medical-Surgical Nursing: Clinical Management for Positive Outcomes. 8th Edition, Philadelphia: Elsevier Publishers, 29-41.

Hawks, J. & Black J. (2009). Critical thinking.  In Black, & Hawks, J., Ed.  In Medical-Surgical Nursing: Clinical Management for Positive Outcomes. 8th Edition, Philadelphia: Elsevier Publishers 42-47.

Black, J. (2009). Clients with wounds.  In Black, & Hawks, J., Ed.  Medical-Surgical Nursing: Clinical Management for Positive Outcomes. 8th Edition, Philadelphia: Elsevier Publishers, 304-322.

Nicol, N. & Black, J. (2009). Management of clients with integumentary disorders.  In Black, & Hawks, J., Ed, Medical-Surgical Nursing: Clinical Management for Positive Outcomes. 8th Edition, Philadelphia: Elsevier Publishers 1199-1238.

Black, J. (2009). Management of clients with vascular disorders. In Black, & Hawks, J., Ed Medical-Surgical Nursing: Clinical Management for Positive Outcomes. 8th Edition, Philadelphia: Elsevier Publishers 1307-1342.

Black, J. (2012). Pressure ulcers in patients with hip fractures. In Pieper, B (Ed) with the National Pressure Ulcer Advisory Panel (NPUAP). Pressure ulcers: Prevalence, incidence and implications for the future. Washington, DC, NPUAP, 129-140.

Black, J. & Langemo, D. (2012). Pressure ulcer staging/categorization. In Pieper, B (Ed) with the National Pressure Ulcer Advisory Panel (NPUAP). 2012. Pressure ulcers: Prevalence, incidence and implications for the future. Washington, DC, NPUAP, 5-8.

Black, J & Black, S. (2012). Reconstructive surgery. In R. Bryant & D. Nix, Acute and Chronic Wounds 4th Ed., St. Louis: Elsevier Publishers, 460-468.

Black, J. (2015). Pressure necrosis in geriatric patients. In Skin Necrosis. Ed: L Teot, S. Meaume, A. Akita, W Ennis, V. del Moral. Pgs 75-80.

Black, J & Black, J. (2016). Reconstructive surgery. In R. Bryant & D. Nix Acute and Chronic Wounds 5th Ed., St. Louis: Elsevier Publishers.

Black, J. & Black, J. (2016). Surgical wounds. In Wound Care Essentials, 3rd Edition, Ed: S. Baranowski
& E. Ayello Philadelphia: Lippincott Publishers
Black, J & Berke, C. (2019). Deep Tissue Pressure Injury. Wound Care, E Gefen, Ed
Black, J. Black, J. & Delmore, B. (2020). Surgical wounds and surgical reconstruction. In Wound Care
Essentials, 5th Edition, Ed: S. Baranowski & E. Ayello Philadelphia: Lippincott Publishers, 542-
561.
Black J & Nie AM (2020, in press). Pediatric Palliative Wound Care. In Bruera, Higginson, von Gunten,
Morita, Eds, Textbook of Palliative Medicine and Supportive Care 3E

**Books:**
Keene, A., Black, J., & Hawks, J. (1990), Student Study Guide to Accompany Ignatavicius, D and Bayne.
Medical Surgical Nursing. Philadelphia:  WB Saunders
Hawks, J., Black, J. & Keene, A. (1990).  Instructor's Manual to Accompany Ignatavicius, D and Bayne.
Medical Surgical Nursing. Philadelphia:  WB Saunders.
Black, J. & Matassarin-Jacobs, E. (1993) Luckmann and Sorensen's Medical Surgical Nursing: A
Psychophysiological Approach 4th Ed. Philadelphia: W.B. Saunders
Black, J. & Matassarin-Jacobs, E. (1997) Medical Surgical Nursing:   Clinical Management for Continuity
of Care 5th Ed. Philadelphia: W.B. Saunders. AJN Book of the Year, 1998
Last Acts National Award, 2000 for demonstrated leadership in improving nursing textbook
coverage of topics related to care of the dying
Black, J., Hawks, J. & Keene, A. (2001). Medical Surgical Nursing: Outcome Management 6 ed.
Philadelphia: W.B. Saunders
Black, J. & Hawks, J. (2005). Medical Surgical Nursing: Clinical Management for Positive Outcomes 7th
Ed, Philadelphia: Elsevier Publishers
Black, J. & Hawks, J. (2009).  In Black, & Hawks, J., Ed, Medical-Surgical Nursing: Clinical Management
for Positive Outcomes. 8th Edition, Philadelphia: Elsevier Publishers AJN Book of the Year, 2009

**Computer Programs:**
Corritore, C., & Black, J. (1988).  Fluid and electrolytes. UNMC, College of Nursing.
Black, J., & Corritore, C.  (1988). Acid base balance.  UNMC, College of Nursing.
Black, J. (2005). EKGs:  Assessment, Analysis and Action.  UNMC, College of Nursing

**Media Development**:
Black, J. & Clark, L. (2005). Development of Individual Skills Modules, UNMC
Black, J.  Application of Nursing Diagnosis to Practice, developed and recorded for UNMC.  (2 hrs).

**TEACHING ACTIVITIES**
a.  Listing of lectures given in team-taught courses (include number of lectures).
    a.  Management of Wounds for Primary Care Providers (1 hr)
    b.  Perfusion: Shock (4.5 hrs)
    c.  Perfusion: Cardiac Disease (4.5 hrs)
    d.  Tissue Integrity: Burns (4.5 hrs)
    e.  Acute Respiratory Failure (4.5 hrs)
    f.  MOSF (1.0 hr)
    g.  Mobility: Spinal Cord Injury (2 hrs)
    h.  Legal Aspects of Health Care (1.5 hrs)
b.  Listing of courses for which you were coordinator/supervisor.
    a.  Nu 421, PCC4
    b.  NU 605/805 Advanced Pathophysiology
c.  Listing of courses (course number and name, only) taught by you giving the total number of hours
included in course/courses.
    a.  Nu 605/805, 4 credits Advanced Pathophysiology (all lectures and class discussion for 15
        weeks for nursing in the Fall, pharmacy in the Fall and PT in the Spring)

d.  Information on teaching of graduate students, especially as pertains to supervision of thesis and dissertation research
  a.  1 PhD student Eileen Jimenez with Janet Cuddigan
  b.  1 PhD student, Susan Solmos with Janet Cuddigan
e.  Information on teaching activities related to those in residency training (medical, pharmacy, etc.)
  a.  Evidence Based Fall Prevention 1.5 hrs 4 times a year for NM nurse residency.
f.  Listing of continuing education lectures/courses given
  a.  Test item writing and analysis (6 contact hours)  given in March -April 2020, March-May 2021
  b. Cheatle, K, Dean, W. & Black J. When pressure injuries go to court. National Pressure Injury Advisory Panel, Virtual conference
  c. Black J & Berke C. (2021). Sharpen the Focus of the DTPI Timeline. National Pressure Injury Advisory Panel, Virtual conference
  d. Black J. Capasso, V & Kroshinksy D. Sharpen your understanding of COVID-19 Skin and Wounds. National Pressure Injury Advisory Panel, Virtual conference
  e. Black J. Moore Z, Vargo D. (2021). Technology to sharpen your PI Detection Skills. National Pressure Injury Advisory Panel. Virtual conference
  f. Black J. & Deppish, M. (2021). Root Cause Analysis: Finding your Why. National Pressure Injury Advisory Panel, virtual conference
  g. Black, J. (2021). Preventing and management of pressure ulcers seen in COVID-19 patients. Society for   Critical Care Medicine.
  h. Black J. (2020). What does COVID-19 do to the skin? National Pressure Injury Advisory Panel.,
  i. Black, J., Vollman, K and Padula W. (2020). Preventing pressure injury in COVID-19 patients. Altas Lift  Tech.
  j. Black, J. (2020). Root cause analysis of pressure injury. North American Center for Continuing Medical Education.
  m. Black, J. (2021). Deep Tissue Pressure Injury. St Joseph's HealthCare, Ann Arbor Michigan
  n. Black, J. (2020). Skin Failure: A closer look at a complex issue. University of Virginia Medical Center, Charlottesville, VA

g.  Course/lecture/training evaluation materials and outcome assessments n/a


CON/03//21:JB:kh

**EXHIBIT B**

**Joyce Black**
**Cases listed as an Expert 2018-2021#**

| Date | Type of Case | Depo/ Trial | Plaintiff | Defendant | Location | Firm/Attorney |
|------|------|------|------|------|------|------|
| 2018 | PrU, Malnutr | D | Ruiz, Javier* | Casa de Oro | AZ | Melanie Bossie Phoenix AZ |
| | Fall | D | Santana, Maria* | Palmetto Rehab | FL | William Dean Miami FL |
| | PrU | D | Downs, Willie | Highland Regional Medical Center* | FL | David Gallagher Tampa FL |
| | PrU | D | Sinclair, Juanita* | Miami Jewish | FL | William Dean Miami FL |
| | UTI, sepsis | D | Martinez, Maria* | West Gables Health Care Center | FL | William Dean Miami FL |
| | PrU | D/T | Collado, Esther* | Medical Resort at Fiesta Park | NM | Jeffery Pittman Milwaukee, WI |
| | PE | D | Lazo, Emelina* | Bellagio Palms, ALF | FL | William Dean Miami FL |
| | PrU | D | Owens, Dale* | Fort Lauderdale Health and Rehab | FL | William Dean Miami FL |
| | Hypoglycemia | D | Freidhof, Donald* | Interact Nursing Home | FL | Frank Currie St Petersburg FL |
| | PrU | D | Wiggins, John* | Heritage Center of Osceola | GA | Jeffery Helms Homerville GA |
| | PrU | D | Hutchison, Glenda* | Select Specialty Hospital | OK | Jeff Atkins Oklahoma City OK |
| | UTI, sepsis | D | Obregon, Ana* | Miami Jewish | FL | William Dean Miami FL |
| | Dehydr | D | Klein, Ladislav* | Miami Jewish | FL | William Dean Miami FL |
| | Dehydr | D/T | Sankovich, Neal* | Claridge House | Fl | William Dean Miami FL |
| | Fall | D | Weinerman, Shirley* | Menora House | FL | William Dean Miami FL |
| | PrU, Fall, Meds | D | Pipia, Frank* | St Luke's Hospital | WI | Allan Foeckler Milwaukee WI |
| | Fall | D/T | Gonzalez, Lucia* | Hebrew Home Sinai Plaza | FL | William Dean Miami FL |
| | Meds | D | Schmidke, Fern* | Grandview Health Center | IA | Pressley Henningsen Cedar Rapids, IA |
| | PrU | D | Hoffen, Joel* | Arizona Heart Hosp | AZ | Zachary Mushkatel Phoenix AZ |
| | Fall | D | Vera, Angel* | West Gables Health Care Center | FL | William Dean Miami FL |
| | PrU | D | Morales, Himilice* | Aventura Plaza Rehab | FL | Michael Rotundo Miami FL |
| | PNA | D | Sporman, Carol* | Juniper Village | FL | William Dean Miami FL |
| | PrU | T | Petrella, Diana* | Fairport Baptist Home | NY | Anthony LaDuca Rochester NY |

|  | PrU | D | Hudson, Othella* | Osceloa Nursing Home | GA | Jeff Helms Atlanta GA |
|---|---|---|---|---|---|---|
|  | PrU | D | Santos Cortez | University of Indiana* | IN | Elizabeth Schuerman Indianapolis IN |
|  | Wound | D | Rivera Saldana, Miguel de los Santos * | Villa Maria Nursing Center | FL | William Dean Miami FL |
| 2019 | Fall | D | Raba, Martha | Tealwood Care Center* | SD | Crisman Palmer Rapid City SD |
|  | PrU | D | Turner-Frazier, Sherry* | Green Meadows Health Care | KY | David Dufour, Jr Louisville KY |
|  | PrU | D | Farace, Isabella* | Heartland of Hanahan | SC | Jennifer Sherbow Charleston, SC |
|  | PrU | D | Leclercq, Edward* | Van Buren Health and Rehab | AR | Alan Lane Fayetteville AR |
|  | PrU | D | Snyder, Samuel* | Grady Hospital Woodstock Rehab | GA | Keith Lindsay Atlanta GA |
|  | PrU | D | Swank, Barbara* | Mercy Medical Center Des Moines | IA | Pressley Henningsen Cedar Rapids, IA |
|  | Urin ret Aspir | D | Anderson, Merle* | Good Samaritan | IA | Pressley Henningsen Cedar Rapids, IA |
|  | PrU | D | Slaughter, Rosalyn* | JFK Hospital | FL | William Dean Miami FL |
|  | Wgt loss, PrU | D | Pickard, Maxine* | Brownwood Care Center | FL | William Dean Miami FL |
|  | PrU | D | Blair, Sallye* | Cumberland Health and Rehab | AR | Jeff Priebe Little Rock AR |
|  | PrU | D | Solinger, Frances | Mitchellville Care Center | IA | Pressley Henningsen Cedar Rapids, IA |
|  | Injury | D | Daich, Paul* | West Kendall Baptist Hospital | FL | William Dean Miami FL |
|  | Chest pain | D | Ford, Beatrice* | St Anne's Nursing Center | FL | William Dean Miami, FL |
|  | Shock | D | Wilder, Loman* | Treasure Isle | FL | William Dean Miami, FL |
|  | Ische-mia | T | Martinez, Roberto* | Victoria Nursing and Rehab | FL | William Dean Miami, FL |
|  | Fall, Fx | D | Gade, Jacqueline | Methodist Hospital* | NE | Joseph Daly Omaha NE |
|  | Ische-mia | D | Moreau, Donna* | Polk County Nursing & Rehab Center | IA | Gina Messamer Des Moines, IA |
|  | PrU | D | Wyckoff, Robert* | Wellington Reg MC | FL | William Dean Miami FL |
|  | PrU, Dehyd | D | Skyes, Ruth* | Quiburi Mission | AZ | Melanie Bossie Scottsdale AZ |
|  | PrU, Dehyd | D | Proposki, Doris* | Legacy Rehab | AZ | Melanie Bossie Scottsdale AZ |
|  | Ische-mia | D | Jacobs, Mitchell* | Tallahassee Memorial Hosp | FL | Thomas Edwards Jacksonville FL |
|  | Fall | D | Hoesing, Phyllis* | Colonial Manor | IA | James Walz Omaha, NE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Assault | D | Kilby, Delia* | Lutheran Retirement Home | IA | Jim Fitzsimmons Mason City IA |
| | Sepsis | D/T | Lozoya, Enrique* | The Palace at Kendall NH and Rehab | FL | William Dean Miami FL |
| | Fall | D/T | Kelley, Verna* | Edgewood Convalescent Home | IA | Pressley Henningsen Cedar Rapids IA |
| | Fall | D | Mayl, Joan* | Miami Jewish Home | FL | Bill Dean Miami FL |
| | PrU | D | Morgan, Latrivius* | Houston Medical Center | GA | James Poe Atlanta GA |
| | Asphyx | D | Barroso, Lucrecia* | Palms Care Center | FL | William, Dean Miami FL |
| | Fall, Aspir | D | Dedina, Edward* | Northbrook Manor | IA | Brian Ivers Cedar Rapids IA |
| | Fall | D/T | Konrardy, Jeannette* | Mill Valley Care Center | IA | Pressley Henningsen Cedar Rapids IA |
| 2020 | PrU | D | Carroll, Noel* | Univ of Iowa | IA | Ed Prill Iowa City, IA |
| | PrU | D | Tellier, Robert* | Canyon Transitional | NM | Caela Baker Harvey and Foote Albuquerque NM |
| | Asp | D | Crews, Vonnie* | Miami Jewish | FL | Bill Dean Miami FL |
| | Fall | D | Bellefeuille, Timothy* | Larkin Community Hospital | FL | Bill Dean Miami FL |
| | Ant bites | D | Male, Esther* | Santa Rosa Nursing Facility | FL | William Dean Miami FL |
| | PrU | D | Lee, Terry* | Utah Valley Hospital Orem Rehab | UT | David Cutt Salt Lake City, UT |
| | Shock | D | Staples, Kelly* | Consulate Health Care of New Port Richey | FL | Bill Dean Miami FL |
| | Fall, fx | D | Meneses, Hortensia* | Sinai Plaza Nursing and Rehab Center | FL | William Dean Miami FL |
| | Fall, lacer | D | Anderson, Josephine* | Hillcrest Health and Rehab | FL | Bill Dean Miami FL |
| | Sepsis | D | Thompson, Jennifer* | Grand Oaks Health and Rehab | FL | Bill Dean Miami FL |
| | PrU | D | Gagel, Sherrin* | Kindred Hospital, Louisville KY | KY | Lisa Circeo Circeo Fannin Lexington KY |
| | PrU | D | Taylor, Sylval* | University Plaza and Rehab | FL | Bill Dean Miami FL |
| | PrU | D | Williams, LaDerrius* | Sarasota Health and Rehab | FL | Bill Dean Miami FL |
| | PrU | D | Arden, Sydney* | Aventura Plaza | FL | Bill Dean Miami FL |
| | Fall | D | Peacock, Douglas* | Avera Prince of Peace | SD | Renee Christensen Sioux Falls SD |
| | Infx | D | Eiroa, Ana* | Hialeah Nursing and Rehab | FL | William Dean Miami FL |
| | Asp | D | Burdie, Juliann* | Jackson Plaza | FL | William Dean Miami FL |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Amp | D | Smith, Mary* | Good Shepherd Community Nursing Center | KY | Seth Coomer O'Brien, Batten Kirtley Lexington KY |
| | Infx, Amp | D | Carr, Lola* | Avertura Health and Rehab | FL | William Dean Miami FL |
| | UTI Sepsis | D | Collins, Robert* | Mission Arch Center | NM | Adam Rafkin Ruidiso, NM |
| | PrU | D | Sena, Johnny* | Suites at Rio Vista | NM | Caela Baker Albuquerque NM |
| | Gan-grene | D | Erbes, Beverly * | Astoria Place of Cambridge | OH | Jeremy Burnside Portsmouth OH |
| | Foley injury | D | Navedo, Melvin* | Terrace of St. Cloud | FL | William Dean Miami FL |
| | Stroke | D | Gladys Rodriguez* | Villa Maria Nursing Center | FL | William Dean Miami FL |
| | PrU | D | Jenkins, Timothy | Northside Hospital* Atlanta GA | GA | Tricia Godsey Scrudder, Bass Atlanta GA |
| 2021 | Asp, Meds | D | Taraszewski, Stanley* | Williamsburg Landing | FL | Bill Dean Miami FL |
| | Asp | D | Hewitt, Becky* | Crestview Acres | IA | Ben Long Cedar Rapids IA |
| | PrU | D | Krebs, Shirley* | Tarpon Springs Hosp | FL | Bill Dean Miami FL |
| | Wound | D | Pouchie, Roulin* | Arch Plaza Rehab | FL | Bill Dean Miami FL |
| | OD | D | Santos, Jose* | The Terrace at Hobe Sound | FL | Bill Dean Miami FL |
| | Fall | D | Barnes, Eldon* | Prairie Estates Health Care | SD | Pressley Henningsen Cedar Rapids, IA |
| | Fall | D/T | Weaver, Darlene* | Timely Mission | IA | Brian Ivers Cedar Rapids IA |
| | PrU | D | Pratt, Julius* | Ponce Plaza Rehab | FL | Bill Dean Miami FL |
| | PrU | D | McCullough, Ellen* | QHC Humboldt South | IA | Ben Long Cedar Rapids IA |
| | PNA | D | Formoso, Aurora* | The Sands at South Beach Care Center | FL | Bill Dean Miami FL |
| | Fall | D | Polizzotto, Vincenza* | Grand Villa at South Beach | FL | Bill Dean Miami FL |
| | Fall | D | Charles, Antide* | Plantation Rehab | FL | Bill Dean Miami FL |
| | Fall | D | Vizzi, Joanne * | Tamarac Rehab | FL | Mike Rotundo Miami FL |
| | PrU | D | Miles, Loretha* | Memorial Hospital | FL | Michelle Martino Jacksonville FL |
| | Flap failure | D | Hillard, Ricky * | Bryan Hospital | NE | Corey Stull Lincoln, NE |
| | PrU | D | DeAcosta, John* | Naples Community Hospital | FL | Bill Dean Miami FL |
| | Fall | D | Aguiar, Bertha* | Hollywood Hills Rehab | FL | Bill Dean Miami FL |
| | PrU | D | Dampier, Frank* | North Florida Regional Med Ctr | FL | Michelle Martino Jacksonville FL |

| | PrU | D | Dumorney, Yvener* | Pinecrest Rehab | FL | Bill Dean Miami FL |
| | PrU | D | Towers, Aida | Palm Gardens | FL | Al Ferrea Tampa, FL |

* the firm I worked with on the case
# this list was prepared for Rule 26 in Federal Court, which requires a list of cases testified in a deposition or trial.
Reports and arbitrations are not included in this list

**EXHIBIT C**

- Asheville, North Carolina Charles George VA Medical Center: Oct 28, 1999-December 5, 2018; July 16-August 25, 2020;

- Kindred Home Health: December 5, 2018- June 4, 2019;

- Augusta Georgia VA hospital: June 24, 2019; and,

- Song, S.H., Svircev, J.N, et al. A safe and effective multi-day colonoscopybowel preparation individuals with spinal cord injury (2018)https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5901450/