# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| FREDRICK LOFTIN RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00090-JRH-BKE |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING DEFENDANT'S EXPERT REPORT

**COMES NOW** Defendant, the United States of America ("Defendant" or "United States"), by and through the United States Attorney for the Southern District of Georgia, and, as required by Fed. R. Civ. P. 26(a)(2), files the report of its retained expert, Laura Alvis, BS, RN, CWON ("Nurse Alvis") as Exhibit A, and Nurse Alvis' CV as Exhibit B.  Defendant intends to rely upon the testimony of this retained expert at trial.

This 5th day of January, 2022.

[*signature on following page*]

Respectfully Submitted,

DAVID H. ESTES
United States Attorney

*s/Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No.  105620
P.O. Box 2017
Augusta, Georgia 30901
(706) 724-0517
Jason.blanchard@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on January 5, 2022, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*s/Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
