# LAURA Z. ALVIS, BS, RN, CWON

1968 Peachtree Road
Atlanta, GA 30309

---

## EDUCATION

Emory University, GA, 1998
      Wound, Ostomy, Continence Nurse Education Program
St. Xavier University, IL, 1997
      Bachelor of Science, Nursing    *Summa Cum Laude*

## CERTIFICATIONS

Certified Wound Ostomy Nurse, 2009
Certified Wound, Ostomy, Continence Nurse, 1999

## AWARDS

Clinical Excellence Award for Education, 2003

## EMPLOYMENT

*Piedmont Hospital, Atlanta, GA & Stockbridge, GA    5/06 – present*
    *Wound Care Clinician*

- Provides stoma site marking, counseling, and teaching
- Provide direct care and management of routine and complex ostomies and fistulas.
- Hands-on consultant for wounds, skin breakdown and wound prevention in the acute inpatient setting.
- Develops appropriate plans of care for wound, ostomy and fistula patients.
- Responsible for ordering appropriate support surface for wound prevention and treatment.
- Develops and provides a variety of staff education on skin care, wound prevention, wound management and ostomy care
- Assist in developing protocols and policies.
- Precept Emory University's WOC Nurses during their clinicals
- Assisted with planning of Clinical Partner Conferences in March 2007
- In the outpatient clinic setting, responsible for assessing a variety of wound and ostomy patients, developing their plans of care, and managing their treatment.

*Kindred Hospital, Atlanta, GA                            7/04 – 5/06*

As of 1/5/2022

*Wound Care Coordinator*
- Supervises and coordinates activities of the Wound Care department in order to provide optimal patient care and meet regulatory requirements.
- Evaluates the competency and performance of staff members.
- Set and maintain the Wound Care Program's Quality goals and indicators.
- Directs the Wound Care Program's performance improvement activities.
- Serves as a hands-on clinical resource and consultant to the nursing staff in assessment, planning, implementation and evaluation of care to patients with ostomies, wounds, fistulas, or potential for skin breakdown.
- Evaluates new products and therapies for potential usage.
- Sets standards of care for patients who need WOC services.
- Writes and revises policies and procedures.
- Educates staff on wound care principles through lectures and inservices.
- Provides CE lectures to nurses and case managers in the community.

*Gwinnett Health Systems, Lawrenceville, GA*                9/01 – 07/04
   *Wound, Ostomy, Continence Nurse*
- Stoma site marking, counseling, teaching, direct care and management of routine and complex ostomies and fistulas.
- Hands-on consultant for wounds and skin breakdown in multiple inpatient settings, including Med-Surg Units, ICU, Long-Term Care and Rehab.
- Manage and provide direct care to a wide variety of wound care patients in the outpatient clinic setting, including trauma, pressure ulcers, venous stasis, arterial insufficiency, diabetic neuropathy, and surgical.
- Precept Emory University's WOC Nurses during their clinicals.
- Serve on patient education and skin care committees.
- Develop and teach Wound and Skin Care programs, inservices and computer-based learning for Nurse Techs, RNs, staff and patients.
- Lecture to Surgical Tech students at Gwinnett Technical College.
- Participate in revision of policies, procedures and documentation.

*Visiting Nurse Health Systems, Atlanta, GA*                5/99 – 9/01
   *Wound, Ostomy, Continence Nurse*
- Hands-on consultant in the home care setting for patients with ostomy, wound or skin care needs.
- Managed patients with complex fistula and wound care.
- Responsible for wound, skin care and ostomy orientation of all RNs.
- Served on product formulary committee.
- Precepted Emory University's WOC Nurses during their clinicals.

*Northwestern Memorial Hospital, Chicago, IL*                7/97 – 5/99
   *Staff Nurse*
- Provided direct patient care and education to patients recovering from surgery, specifically urology, bowel, trauma, vascular and breast.

## CONSULTATIVE WORK

*Blue Sky Medical*                                                                    03/07 – 06/07
- Act as an independent clinical consultant and educator as part of the clinical team for the Negative Pressure Wound Therapy systems; this includes team meetings, conference calls, exhibit booths (SAWC '07 & WOCN '07), and projects as assigned *(In 6/07, Blue Sky was bought out by Smith & Nephew)*

*APS: Creative Wound Care Solutions*                                           08/06 – 08/07
- Serve as a Level II trained clinician in Blue Sky's Versatile 1™
- Provide the Level I Versatile 1 ™ training to nursing staff
- Act as a clinical resource for APS representatives and field clinicians
- Provide wound care inservices to nursing staff at field facilities
- Serve as a hands-on clinical consultant to facilities:  formulary review, patient assessment and recommendations, staff education, policy/protocol review
- Provide clinical case studies
- Activities included:
    - King Nursing Homes – 2006 – chain of Nursing Homes in Georgia.  Gave wound care inservices (*Wound Assessment & Versatile1)* to their wound care nursing staff, as well as hands-on training and competencies on the Versatile1 NPWT system.
    - Triad Healthcare – 2007 - chain of Nursing Homes in Georgia.  Wrote multiple policies and guidelines regarding wound assessment, wound prevention, and wound care.  Gave presentations and training to their nursing staff on wound care issues (*Wounds: What Makes Them Tick?, Wound Assessment & The Perfect Pair: Matching the Dressing to the Wound)..*
    - Effingham Co. Nursing Home – 7/2007 - SNF in Georgia.  Gave training presentation to their nursing staff (*Basic Wound Care).*

*Grace Healthcare – 7/2007*
- LTC facility group in Tennessee.
- Provided nursing directors with an inservice and hands-on experience with the Versatile1 NPWT system.

*Select Specialty Hospital, Atlanta, GA*                                      10/03 – 06/04
    *Wound Care Consultant*
- Provide hands-on consulting services to complex wound care patients in the long-term acute care setting.
- Assess patients and make wound care treatment decisions for a variety of wounds, including pressure ulcers, surgical and traumatic wounds.

## CONTINUING EDUCATION PROGRAMS GIVEN

| | | | |
|---|---|---|---|
| Wound Assessment | 10/2009 | 1.0 CE | Atlanta, GA |
|     *Workshop on Wounds, Piedmont Hospital* | | | |
| Ostomy Care | 10/2009 | 1.0 CE | Atlanta, GA |

| | | | |
|---|---|---|---|
| *Workshop on Wounds, Piedmont Hospital* | | | |
| Wound Assessment | 11/2007 | 1.0 CE | Atlanta, GA |
| *Workshop on Wounds, Piedmont Hospital* | | | |
| Wounds: What Makes Them Tick? | 3/2007 | 1.0 CE | Birmingham, AL |
| The Perfect Pair: Matching the Dressing to the Wound | 3/2007 | 1.0 CE | Birmingham, AL |
| Wounds: What Makes Them Tick? | 3/2007 | 1.0 CE | Marietta, GA (NAON) |
| Wounds: What Makes Them Tick? | 3/2006 | 1.0 CE | Stockbridge, GA |
| Wounds: What Makes Them Tick? | 2/2006 | 1.0 CE | Atlanta, GA |
| Wounds: What Makes Them Tick? | 1/2006 | 1.0 CE | Atlanta, GA |
| Dressings: Striking a Balance | 1/2006 | 1.0 CE | Hawkinsville, GA |
| Wounds: What Makes Them Tick? | 12/2005 | 1.0 CE | Marietta, GA |
| Wounds: What Makes Them Tick? | 10/2005 | 1.0 CE | Atlanta, GA |
| Wounds: A Second Look | 4/2005 | 4.0 CE | Atlanta, GA |
| Wounds: What Makes Them Tick? | 4/2005 | 1.0 CE | Tifton, GA |

## PROFESSIONAL ACTIVITIES

Sigma Theta Tau, International Honor Society of Nursing, inducted 1992
WOCN: National and Regional Member, 1998 - 2010
    Served on regional conference planning committee, 1999
American Association of Legal Nurse Consultants, 2003-2007
    AALNC Atlanta Chapter, 2003-2007
        *Membership Director,* 12/2006 – 12/2007


## CONTINUING EDUCATION COMPLETED

*WOCNext 2020 Reimagined (National Conference), 2020*
    One Simple Choice
    Application of Mettler's Six Dimensions of Wellness Model to Self-Care & Professional Nursing Practice
    Complex Wound Cases
    Insights of Colo-rectal Diseases & Current Therapies: What's the Impact on Life After Colo-rectal Surgery?
    Bowel Management in Acute & Critical Care
    Saving the Skin They're In: What's New in IAD, MARSI and MDRPI
    Interventions Post Catheter Removal: Results of the WOCN Consensus
    Clinician Meets Scientist: Exploring the Science of the Skin & Barrier Interface
    What's Next in Research: Abstract Presentations
    Simple Measures to Manage the Biggest Post-Pandemic Challenges
    Challenges for the Ostomate: The Science Behind Maintaining Nutrition for Fecal & Urinary Diversions
    Telehealth Wound Applications: Barriers, Solutions & Future Use
    Building Skin Tear Knowledge to Enhance Your Clinical Practice

Case 1:21-cv-00090-JRH-BKE   Document 25-2   Filed 01/05/22   Page 5 of 8

Laura Z. Alvis                                                                                                                                5

Abstract Presentations
Inflammatory bowel Disease & Fatigue: A Common Complaint with Multiple Sources
Medications are Common for Older People: 2019 Beers Update
Update on Hydrogels
Antiseptics: To clean or Kill?
Adverse Childhood Experiences (ACEs): Adult Chronic Illness and WOC Nursing
Nocturia
Kaleidoscope of Stoma Mucosa: Normal or Pathergy?
ICD-10, CPT, E&M: WOC Nurse Deciphering of the Billing Alphabet Soup
Chronic Tissue Injury: Recognizing & Publishing Clinical Issues
Development of an Outpatient Feeding Tube and Enteral Nutrition Program
Latest Concepts in Assessment & Management of the Neurogenic Bladder
COVID, Compassion and Politics

*Symposium on Advanced Wound Care, 2016*
The Unpreventable (Unavoidable) Pressure Ulcer on Sacrum and Heel
Pressure Ulcer or Moisture Associated Skin Damage (MASD), Which Is it?
Biofilms…What We Know, What We Don't
The Interdisciplinary Approach:  A Case Driven Panel
Osteomyelitis
Cut It Out?
Not All Swelling Is Equal:  Understanding the Interplay of Lymphatic Failure with Wound and Skin Care
Wound Scene Investigation I
Atypically Speaking…
Topical Therapies:  Evidence and Practice
The Criminalization of Skin Failure

*WOCN Southeast Region Conference, 2011*
Atopic Dermatitis
When Things don't flow Correctly:  Lymphedema Challenges
Keeping the Money Flow Going:  Regulatory & Reimbursement Issues
Photo Flow:  Legal Issues with Managing Photographs within WOCN Practices
Ostomy Panel
Nursing Challenges with Fistula Management
Focus on the Gut
Pyoderma Gangrenosum:  Conquering the Challenging Peristomal Lesions
The Overflow – those Unsightly Bulges:  Hernia Treatment and Management
Risk Factors for Pressure Ulcers in the Critically Ill
Ileo-Pouch Anal Anastomosis

*Current Approaches to Diabetic Foot Care,  2007   16.6 Contact Hours*
*Included Simulations labs & patient clinical time*
Review of Peripheral Arterial Disease
Review of Neuropathy
Diabetic Foot Ulcers:  Differential Assessment & Management
Foot and Nail: Normal Structures & Common Abnormalities

   Staged Management of the Diabetic Foot
   Assessment of the Diabetic Foot
   Diabetic Foot Care: Program Development
   Guidelines for Appropriate Diabetic Footwear
*Wound Care Symposium on the Diabetic Foot, 2007*
   Healing the Diabetic Foot Wound and Keeping it Healed
   The Challenge of Diabetes
   Vascular Evaluation and Inflow
   Contemporary Diabetes Management
   Issues of Infection
   Case Studies
   Interventions to Improve Blood Flow
   Hyperbaric Indications for Foot Wounds
   Role of the Pedorthist
Prevention and Management of Pressure Ulcers, 2007
Lower Extremity Arterial Disease, 2007
Lower Extremity Venous Disease, 2007
Lower Extremity Neuropathic Disease, 2007
Care of the Obese Patient with an Ostomy, 2007
30 Years of Experience Living with a Continent Ileostomy, 2007
Surgical Issues in the Management of an Obese Patient, 2007
Digital Photography and its Integration into WOC Practice Across Care Settings, 2007
*Blue Sky Medical, Nashville, TN, 2006*
   Level II training on the Versatile1™
*University of Wyoming, Spring 2006*
   Research in Advanced Nursing Practice
*Symposium on Advanced Wound Care, San Antonio, TX, 2006*
   Diagnostic & Assessment Wound Healing Technologies
   Is It Infection or Inflammation?
   Complexity of Bacterial Biofilms
   Palliation
*University of Wyoming, Fall 2005*
   Theory in Advance Nursing Practice
*University of Wyoming, Spring 2005*
   Statistics
*National Pressure Ulcer Advisory Panel National Conference, Tampa, FL, 2005*
   Pressure Ulcer Litigation
   Pressure Ulcer Regulations
   CMS: Tag 314
   History and Complications of Pressure Ulcers
   Risk Assessment
   Comprehensive Patient & Pressure Ulcer Assessment
   How to Conduct an Incidence/Prevalence Study
   Staging of Pressure Ulcers: A Closer Look
   When PUSH Comes to Slough
   Nutrition for Pressure Ulcer Healing

        When Palliative Care is the Goal
        Managing Wound Infection
        Antimicrobial Agents
        Tissue Load Management
        Heel Pressure Ulcers
        Topical Wound Therapy
        Documentation: Are We Telling the Right Story

*National WOCN Conference, Tampa, FL, 2004*
        History of Stoma Creation and Surgical Advances
        Evaluation of Lab Data for Wound and Ostomy Patients
        Deep Tissue Injury
        IBD Update
        The Business of Caring
        An Innovative Approach for WOC Acute Care Education
        Collaborative Practice Issues and the WOC Nurse
        Pharm Update:  'Mouth to South'

*Advances in Wound Care Conference, Lawrenceville, GA, 2004*
        *Exhibit Hall Coordinator*
        Atypical Wounds
        Assessment and Treatment of Pressure Ulcers
        Assessment and Treatment of Diabetic Ulcers
        Evaluation and Treatment of Lower Extremity Vascular Disease

Pain and Trauma at Wound Dressing Change, 2003
New Horizons in Wound and Ostomy Care, 2003
Wound VAC Applications, 2003

*National WOCN Conference, Cincinnati, OH, 2003*:
        Putting on the Pressure: The Role of Compression Therapy
        Enterocutaneous Fistula Management: Bridging the Gap
        Molecular and Cellular Regeneration of Normal Skin Wound Healing
        Just Say No to Kitchen Chemistry in the Wound Clinic
        Correcting the Molecular Imbalances in Non-healing Wounds
        Strategies to Reduce the Impact of Bioburden in Wounds
        Peristomal Complications:  Differential Assessment and Management
        Conceptual Model for the Assessment and Management of Stomal Complications
        Ostomy Jeopardy
        Nutrients from A to Z
        Dermatology:  Common Conditions
        Bladder Cancer:  Surgical Management and Nursing Care
        Practical Approaches to Improve Healing of Diabetic Foot Ulcers
        Diabetic Foot Guidelines
        Troubleshooting G-Tubes Across the Care Continuum

*Advances in Wound Care Conference, Lawrenceville, GA, 2003*
        *Exhibit Hall Coordinator*
        Legal Implications of Wound Care
        Differential Assessment and Treatment of Lower Extremity Ulcers
        Impact of Microorganisms and Therapeutic Agents in the Infected Wound Bed

   Just Say No To Kitchen Chemistry
Adhesive Technology, 2002
*National WOCN Conference, Portland, OR, 2001*:
   Product Junkies:  Examining the Evidence
   Perineal Dermatitis
   IBS:  More than a Gut Feeling
   Cybertips
   State of the Standard Diversion
   Bariatric Issues Across the Continuum
   Management of G-Tubes
   Nightmares on WOC Street
     *(presented ostomy & fistula case)*
   Compression Therapy and Wound Healing
   Surgical Management of IBD
   Dermatologic Changes Associated with Wounds
   Liability Issues in Everyday Practice
   Supply Reimbursement Reality Check
   Wound Debridement Methods
*The Basics of Wound Care Conference, Lawrenceville, GA, 2001*
   *Exhibit Hall Coordinator*
   Assessment and Treatment of Pressure Ulcers
   Offloading Techniques for Pressure Ulcers
   Assessment and Treatment of Venous, Arterial and Diabetic Ulcers
   Wound Vac
PPS in the Home Care Environment, 2000
Wound Vac Trainer Course, 2000